E-FILED
Wednesday, 18 August 2004 3:34:06 PM
Clerk, U.S. District Court, ILCD



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

AUG 18 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| | |
|---|---|
| MANUEL ALVAREZ, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 04-2162 |
| | ) |
| CITY OF DANVILLE, | ) |
| OFFICER T. WASSON, badge | ) |
| number 347, individually | ) |
| and as an employee of the Police | ) |
| Department of the City of Danville, | ) |
| and OFFICER BLEW, individually | ) |
| and as an employee of the Police | ) |
| Department of the City of Danville, | ) |
| | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF INTEREST

The undersigned, counsel of record for Manuel Alvarez, Sr., Plaintiff, furnishes the following in compliance with Rule 11.3 of this court.

(1)  The full name of every party or amicus the attorney represents in the case;

**ANSWER:** Manuel Alvarez, Sr.

(2)  If such party or amicus is a corporation:

   (a)  its parent corporation, if any; and

   **ANSWER:** Not applicable.

   (b)  a list of corporate stockholders which are publicly held

companies owning 10 percent or more of the stock of the party or amicus if it is a publicly held company.

**ANSWER:** Not applicable.

(3)    The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case.

**ANSWER**: George Ripplinger & Associates.

GEORGE RIPPLINGER & ASSOCIATES

Date: 8/12/04          By: _____
                         George R. Ripplinger, #02343797
                         Attorney for Plaintiff

George Ripplinger and Associates
2215 West Main Street
Belleville, IL  62223
(618) 234-2440
(618) 234-6728 Fax
george@ripplingerlaw.com