```
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF ILLINOIS


MANUEL ALVAREZ, SR.,              )
                                  )
     Plaintiff,                   )
                                  )
-vs-                              )
                                  )
CITY OF DANVILLE, OFFICER T.      )
WASSON, badge number 347,         )   NO.  04-2162
individually and as employee      )
of the Police Department of       )
the City of Danville, and         )
OFFICER BLEW, individually        )
and as an employee of the         )
Police Department of the City     )
of Danville,                      )
                                  )
     Defendants.                  )
```

**ENTRY OF APPEARANCE**

Now comes John F. Martin of Meachum & Martin and hereby enters his appearance on behalf of the Defendants, CITY OF DANVILLE, OFFICER T. WASSON, and OFFICER BLEW.

```
                         s/ John F. Martin
                         Attorney for Defendants
                         Meachum & Martin
                         110 N. Vermilion
                         Danville, IL  61832
                         Telephone:  (217)442-1390
                         Fax:  (217)442-2042
                         E-mail:  jfmartin2@aol.com
```

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 13, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: George Ripplinger, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant: George Ripplinger, George Ripplinger and Associates, 2215 West Main Street, Belleville, IL 62223.

                                      s/ John F. Martin
                                      Attorney for Defendants
                                      Meachum & Martin
                                      110 N. Vermilion
                                      Danville, IL  61832
                                      Telephone:  (217)442-1390
                                      Fax:  (217)442-2042
                                      E-mail:  jfmartin2@aol.com