```
                UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF ILLINOIS
```

MANUEL ALVAREZ, SR.,            )
    Plaintiff,              )
-vs-                            )
CITY OF DANVILLE, OFFICER T.    )
WASSON, badge number 347,       )   NO. 04-2162
individually and as employee    )
of the Police Department of     )
the City of Danville, and       )
OFFICER BLEW, individually      )
and as an employee of the       )
Police Department of the City   )
of Danville,                    )
    Defendants.             )

## CERTIFICATE OF INTEREST

Now comes John F. Martin of Meachum & Martin, attorney for the Defendants in this cause and files a Certificate of Interest as follows:

    1. The full name of every party or amicus the attorney represents in this case: City of Danville, Officer T. Wasson, Officer Blew.

    2. If such party or amicus is a corporation: not applicable.

    3. The name of all law firms whose partners or associates appear for party or are expected to appear for the party in this case: Meachum & Martin.

                    s/ John F. Martin
                    Attorney for Defendants
                    Meachum & Martin
                    110 N. Vermilion
                    Danville, IL  61832
                    Telephone:  (217)442-1390
                    Fax:  (217)442-2042
                    E-mail:  jfmartin2@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: George Ripplinger, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant: George Ripplinger, George Ripplinger and Associates, 2215 West Main Street, Belleville, IL  62223.

                    s/ John F. Martin
                    Attorney for Defendants
                    Meachum & Martin
                    110 N. Vermilion
                    Danville, IL  61832
                    Telephone:  (217)442-1390
                    Fax:  (217)442-2042
                    E-mail:  jfmartin2@aol.com