E-FILED
Thursday, 14 October, 2004  01:54:43 PM
Clerk, U.S. District Court, ILCD

```
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF ILLINOIS


MANUEL ALVAREZ, SR.,             )
                                 )
     Plaintiff,                  )
                                 )
-vs-                             )
                                 )
CITY OF DANVILLE, OFFICER T.     )
WASSON, badge number 347,        )   NO.  04-2162
individually and as employee     )
of the Police Department of      )
the City of Danville, and        )
OFFICER BLEW, individually       )
and as an employee of the        )
Police Department of the City    )
of Danville,                     )
                                 )
     Defendants.                 )
```

## ANSWER TO COMPLAINT

### Count I

Now comes the Defendant, Troy Wasson, by John F. Martin of Meachum & Martin, and for answer to the Complaint states as follows:

    1.   Defendant denies the allegations of paragraph 1.

    2.   Defendant admits the allegations of paragraph 2.

    3.   Defendant denies the allegations of paragraph 3.

    4.   Defendant denies the allegations of paragraph 4.

    5.   Defendant denies the allegations of paragraph 5.

    6.   Defendant denies the allegations of paragraph 6.

    7.   Defendant denies the allegations of paragraph 7.

WHEREFORE, Defendant requests the Complaint be dismissed.

## Count II

Now comes the Defendant, Troy Wasson, by John F. Martin of Meachum & Martin, and for answer to the Complaint states as follows:

1. Defendant denies the allegations of paragraph 1.
2. Defendant admits the allegations of paragraph 2.
3. Defendant denies the allegations of paragraph 3.
4. Defendant denies the allegations of paragraph 4.
5. Defendant denies the allegations of paragraph 5.
6. Defendant denies the allegations of paragraph 6.
7. Defendant denies the allegations of paragraph 7.
8. Defendant denies the allegations of paragraph 8.
9. Defendant denies the allegations of paragraph 9.

WHEREFORE, Defendant requests the Complaint be dismissed.

## Count III

Now comes the Defendant, Officer Joseph Blew, by John F. Martin of Meachum & Martin, and in answer to the Complaint states as follows:

1. Defendant denies the allegations of paragraph 1.
2. Defendant admits the allegations of paragraph 2.
3. Defendant denies the allegations of paragraph 3.
4. Defendant denies the allegations of paragraph 4.
5. Defendant denies the allegations of paragraph 5.

6. Defendant denies the allegations of paragraph 6.

7. Defendant denies the allegations of paragraph 7.

WHEREFORE, the Defendant requests the Complaint be dismissed.

### Count IV

Now comes the Defendant, Officer Joseph Blew, by John F. Martin of Meachum & Martin, and for answer to the Complaint states as follows:

1. Defendant denies the allegations of paragraph 1.

2. Defendant admits the allegations of paragraph 2.

3. Defendant denies the allegations of paragraph 3.

4. Defendant denies the allegations of paragraph 4.

5. Defendant denies the allegations of paragraph 5.

6. Defendant denies the allegations of paragraph 6.

7. Defendant denies the allegations of paragraph 7.

8. Defendant denies the allegations of paragraph 8.

9. Defendant denies the allegations of paragraph 9.

WHEREFORE, the Defendant requests the Complaint be dismissed.

### Count V

Now comes the Defendant, City of Danville, by John F. Martin of Meachum & Martin, and for answer to the Complaint states as follows:

1. Defendant denies the allegations of paragraph 1.

2. Defendant admits the allegations of paragraph 2.

3. Defendant denies the allegations of paragraph 3.

4. Defendant denies the allegations of paragraph 4.

5. Defendant denies the allegations of paragraph 5.

6. Defendant denies the allegations of paragraph 6.

7. Defendant denies the allegations of paragraph 7.

8. Defendant denies the allegations of paragraph 8.

9. Defendant denies the allegations of paragraph 9.

10. Defendant denies the allegations of paragraph 10.

WHEREFORE, Defendant requests the Complaint be dismissed.

## Affirmative Defense

For affirmative defense to the Plaintiff's Complaint Defendants state that this claim is barred by the doctrines of qualified immunity and absolute immunity.

```
                         s/ John F. Martin
                         Attorney for Defendants
                         Meachum & Martin
                         110 N. Vermilion
                         Danville, IL  61832
                         Telephone:  (217)442-1390
                         Fax:  (217)442-2042
                         E-mail:  jfmartin2@aol.com
```

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 14, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: George Ripplinger, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant: George Ripplinger, George Ripplinger and Associates, 2215 West Main Street, Belleville, IL 62223.

                                      s/ John F. Martin  
                                      Attorney for Defendants  
                                      Meachum & Martin  
                                      110 N. Vermilion  
                                      Danville, IL  61832  
                                      Telephone:  (217)442-1390  
                                      Fax:  (217)442-2042  
                                      E-mail:  jfmartin2@aol.com