UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MANUEL ALVAREZ, SR., | ) |
|     Plaintiff, | ) |
| -vs- | ) |
| CITY OF DANVILLE, OFFICER T. WASSON, badge number 347, individually and as employee of the Police Department of the City of Danville, and OFFICER BLEW, individually and as an employee of the Police Department of the City of Danville, | ) NO. 04-2162 |
|     Defendants. | ) |

**DEFENDANTS' CERTIFICATE OF COMPLIANCE**
**RE RULE 26 INITIAL DISCLOSURES**

Now come the Defendants, CITY OF DANVILLE, OFFICER TROY WASSON and OFFICER JOE BLEW by John F. Martin of Meachum & Martin and hereby certify that they have made the initial disclosures required by Federal Rule of Civil Procedure 26.

                                                  s/ John F. Martin
                                                  Attorney for Defendants
                                                  Meachum & Martin
                                                  110 N. Vermilion
                                                  Danville, IL  61832
                                                  Telephone:  (217)442-1390
                                                  Fax:  (217)442-2042
                                                  E-mail:  jfmartin2@aol.com

## CERTIFICATE OF SERVICE

    I hereby certify that on December 2, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: George Ripplinger, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant: George Ripplinger, George Ripplinger and Associates, 2215 West Main Street, Belleville, IL 62223.

    s/ John F. Martin
Attorney for Defendants
Meachum & Martin
110 N. Vermilion
Danville, IL  61832
Telephone:  (217)442-1390
Fax:  (217)442-2042
E-mail:  jfmartin2@aol.com