# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MANUEL ALVAREZ, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 04-2162 |
| | ) |
| CITY OF DANVILLE, | ) |
| OFFICER TTOY WASSON, badge | ) |
| number 347, individually | ) |
| and as an employee of the Police | ) |
| Department of the City of Danville, | ) |
| and JOSEPH BLEW, individually | ) |
| and as an employee of the Police | ) |
| Department of the City of Danville, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF COMPLIANCE

Now comes the plaintiff, Manuel Alvarez, Sr. by his attorneys George Ripplinger and Associates and hereby certify that they have made the initial disclosures required by Federal Rule of Civil Procedure 26.

/s/ _George R. Ripplinger_ _
Attorney for Plaintiff
George Ripplinger and Associates
2215 West Main Street
Belleville, IL 62226
(618) 234-2440
(618) 234-6728 Fax
george@ripplingerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of December, 2004 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon John F. Martin and I hereby certify that I have mailed by United States Postal Services a copy of the document to the following:

John F. Martin
Meachum & Martin
110 N. Vermilion
Danville, IL 61832

/s/ George R. Ripplinger