E-FILED
Thursday, 09 December, 2004 01:57:44 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| MANUEL ALVAREZ, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 04-2162 |
| ) | |
| CITY OF DANVILLE, ) | |
| OFFICER TROY WASSON, badge ) | |
| number 347, individually ) | |
| and as an employee of the Police ) | |
| Department of the City of Danville, ) | |
| and JOSEPH BLEW, individually ) | |
| and as an employee of the Police ) | |
| Department of the City of Danville, ) | |
| ) | |
| ) | |
| Defendants. ) | |

### REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff being represented by George Ripplinger and Defendants being represented by John Martin, counsel met on December 8 for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates which counsels have agreed upon.

1. The deadline for amendment of pleadings is December 31, 2005.

2. The deadline for joining additional parties is January 31, 2005.

3. Plaintiff shall disclose experts and provide expert reports by June 30, 2005.
Plaintiff shall make any such experts available for deposition by July 30, 2005.

4. Defendant shall disclose experts and provide expert reports by August 31, 2005.
Defendant shall make any such experts available for deposition by October 31, 2005.

5. Discovery shall be modified as follows:
    a. Plaintiff's deposition shall be taken by April 30, 2005.

      b. Defendants' depositions shall be taken by May 31, 2005.

    6.  All discovery, including deposition of experts, is to be completed by December 31, 2005.

    7.  The deadline for filing case dispositive motions shall be January 31, 2006.

| | |
|---|---|
| Manuel Alvarez, Plaintiff | City Of Danville, Troy Wasson and Joseph Blew, Defendants |
| BY: /s/ George Ripplinger | BY: /s/ John F. Martin |
| George Ripplinger | John F. Martin |
| George Ripplinger and Associates | Meachum & Martin |
| 2215 West Main Streeet | 110 N. Vermilion |
| Belleville, IL 62226-6692 | Danville, IL 61832 |
| (618) 234-2440 | |
| FAX: (618) 234-6728 | |
| george@ripplingerlaw.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

John F. Martin
Meachum & Martin
110 N. Vermilion
Danville, IL 61832

        /s/ George Ripplinger

## O R D E R

This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below.

The matter is scheduled for a *telephone status conference* before _____ on _____.

The matter is scheduled for *final pretrial conference* by personal appearance before _____ on _____.

The matter is scheduled for *jury selection/jury trial or bench trial* before _____ on _____ **(Case No. \_\_\_).**

ENTERED this _____ day of _____, 200___.

_____

**C:\Documents and Settings\Administrator\Desktop\discovery order for web page.wpd**

2:04-cv-02162-HAB-DGB  # 9   Page 3 of 3