E-FILED
Thursday, 16 December, 2004 03:51:20 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MANUEL ALVAREZ, SR., ) | |
| ) | |
| Plaintiff, ) | 04-2162 |
| ) | |
| v. ) | |
| ) | |
| CITY OF DANVILLE, OFFICER TROY ) | |
| WASSON, badge number 347, individually and as ) | |
| an employee of the Police Department of the ) | |
| City of Danville, and JOSEPH BLEW, ) | |
| individually and as an employee of the ) | |
| Police Department of the City of Danville, ) | |
| ) | |
| Defendants. ) | |

CASE MANAGEMENT ORDER #1

This case is before the court pursuant to Fed. R. Civ. P. 16. The plaintiff appeared through George Ripplinger, Esq. The defendants appeared through John Martin, Esq.

The parties proposed discovery plan is amended and supplemented as follows:

1. The defendants' experts shall be disclosed, and expert reports provided, by August 31, 2005. Defendants shall make any such experts available for deposition by September 30, 2005.

2. All discovery, including deposition of experts, shall be completed by September 30, 2005.

3. Dispositive motions shall be filed no later than October 15, 2005. Responses and replies shall be filed in accordance with the Local Rules of the United States District Court, Central District of Illinois.

4. A final pretrial conference is scheduled for December 5, 2005 at 1:30 p.m. by personal appearance.

5. Jury selection and jury trial are scheduled to begin on December 12, 2005 at 9:00 a.m. before the court sitting in Urbana, Illinois.

6. A status conference will be held on March 14, 2005 at 1:30 p.m. by telephone conference call. The court will initiate the call.

Enter this 16th day of December, 2004.

**s/Harold A. Baker**
_____
Harold A. Baker
United States District Judge