E-FILED
Wednesday, 05 January, 2005 01:55:17 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MANUEL ALVAREZ, SR., | ) |
| Plaintiff, | ) |
| -vs- | ) |
| CITY OF DANVILLE, OFFICER T. WASSON, badge number 347, individually and as employee of the Police Department of the City of Danville, and OFFICER BLEW, individually and as an employee of the Police Department of the City of Danville, | ) NO. 04-2162 |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on January 5, 2005, he served a copy of Written Interrogatories Propounded to Plaintiff and Request for Production by depositing same in a United States Post Office box located in Danville, Illinois, with proper postage affixed thereto and addressed to:

>Mr. George Ripplinger
>George Ripplinger & Assoc.
>2215 W. Main Street
>Belleville, IL  62223

As requested by the District Court, the original of said documents were not filed with the Clerk; this certificate is hereby filed with the Clerk disclosing that a copy was served as stated herein.

>s/ John F. Martin
>Attorney for Defendants
>Meachum & Martin
>110 N. Vermilion
>Danville, IL  61832
>Telephone:  (217)442-1390
>Fax:  (217)442-2042
>E-mail:  jfmartin2@aol.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 5, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  George Ripplinger, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:  George Ripplinger, George Ripplinger and Associates, 2215 West Main Street, Belleville, IL 62223.

>s/ John F. Martin
>Attorney for Defendants
>Meachum & Martin
>110 N. Vermilion
>Danville, IL  61832
>Telephone:  (217)442-1390
>Fax:  (217)442-2042
>E-mail:  jfmartin2@aol.com