E-FILED
Friday, 04 March, 2005  11:39:03 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MANUEL ALVAREZ, SR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) |
| CITY OF DANVILLE, OFFICER T. WASSON, badge number 347, individually and as employee of the Police Department of the City of Danville, and OFFICER BLEW, individually and as an employee of the Police Department of the City of Danville, | ) ) ) ) ) ) ) ) ) |
| | ) |
|     Defendants. | ) |

NO. 04-2162

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on March 3, 2005, he served a copy of Response to Plaintiff's Request for Production to Defendants by depositing same in a United States Post Office box located in Danville, Illinois, with proper postage affixed thereto and addressed to:

    Mr. George Ripplinger
    George Ripplinger & Assoc.
    2215 W. Main Street
    Belleville, IL  62223

As requested by the District Court, the original of said document was not filed with the Clerk; this certificate is hereby filed with the Clerk disclosing that a copy was served as stated herein.

s/ John F. Martin<br>
Attorney for Defendants<br>
Meachum & Martin<br>
110 N. Vermilion<br>
Danville, IL  61832<br>
Telephone:  (217)442-1390<br>
Fax:  (217)442-2042<br>
E-mail:  jfmartin2@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  George Ripplinger, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:  George Ripplinger, George Ripplinger and Associates, 2215 West Main Street, Belleville, IL 62223.

s/ John F. Martin<br>
Attorney for Defendants<br>
Meachum & Martin<br>
110 N. Vermilion<br>
Danville, IL  61832<br>
Telephone:  (217)442-1390<br>
Fax:  (217)442-2042<br>
E-mail:  jfmartin2@aol.com