E-FILED
Tuesday, 24 May, 2005  01:11:10 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MANUEL ALVAREZ, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 04-2162 |
| ) | |
| CITY OF DANVILLE, ) | |
| OFFICER TROY WASSON, badge ) | |
| number 347, individually ) | |
| and as an employee of the Police ) | |
| Department of the City of Danville, ) | |
| and JOSEPH BLEW, individually ) | |
| and as an employee of the Police ) | |
| Department of the City of Danville, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Now comes Jamie L. Bas, of the law firm of, George Ripplinger & Associates, and hereby enters her appearance in the above-entitled cause on behalf of the plaintiff, Manuel Alvarez, Sr., and respectfully requests that copies of all future pleadings, notice settings, etc., be forwarded to her in her capacity as attorney for plaintiff.

                                             s/ Jamie L. Bas
                                             # 6277169
                                             Attorney for Plaintiff

George Ripplinger and Associates
2215 W. Main Street
Belleville, IL 62226-6692
(618) 234-2440
FAX: (618) 234-6728
jamie@ripplingerlaw.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 24th of May, 2005, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

John F. Martin
Meachum & Martin
110 N. Vermilion
Danville, IL 61832

                                              s/ Jamie L. Bas