**E-FILED**
Friday, 27 May, 2005  02:18:30 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MANUEL ALVAREZ, SR.,              )
                                  )
    Plaintiff,                    )
                                  )
-vs-                              )
                                  )
CITY OF DANVILLE, OFFICER T.      )
WASSON, badge number 347,         )    NO.  04-2162
individually and as employee      )
of the Police Department of       )
the City of Danville, and         )
OFFICER BLEW, individually        )
and as an employee of the         )
Police Department of the City     )
of Danville,                      )
                                  )
    Defendants.                   )

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER RE CERTAIN DOCUMENTS PRODUCED

Now come the Defendants, the CITY OF DANVILLE, OFFICER TROY WASSON, and OFFICER JOSEPH BLEW by John F. Martin of Meachum & Martin, and pursuant to Federal Rule of Civil Procedure 26 move the Court to enter a Protective Order regarding disclosure and dissemination of certain documents produced by Defendants in response to Defendants' Supplemental Request to Produce and in support thereof states:

1.   Defendants have produced numerous documents including police reports relating to this incident, Danville Police Department manuals, Defense Tactics Student Manual, Police Radio

Transmission Log, a disciplinary proceeding regarding Officer Wasson, personnel files of Officers Wasson and Blew, Danville Human Relations Department complaints and interviews, and internal affairs investigation records (Nelson and Kilbury matters).

2.    Defendants request a Protective Order regarding the following items:

A.    personnel files of Officers Wasson and Blew;

B.    disciplinary proceeding record regarding Officer Wasson;

C.    complaint report regarding Officer Wasson;

D.    internal affairs investigation records (Nelson and Kilbury matters);

E.    Danville Human Relations Department complaints and interviews.

3.    The foregoing materials contain personal or sensitive information and are not intended for public dissemination.

4.    Defendants request a Protective Order which provides the following:

A.    That the materials or copies of the materials be provided only to members of Plaintiff's law firm, its employees or any liability expert witness Plaintiff retains.

B.    That at the conclusion of the case the materials and all copies of the materials be returned to Defendants.

5.    Defendants submit that the proposed Protective Order allows Plaintiff access to the records for use and preparation of their case, and allows for the privacy of individuals mentioned in the records and maintains the confidentiality of some of the information contained herein.    In support of this motion Defendants would cite Vodak v. City of Chicago, 2004 U.S. Dist. Lexis 8235.

6.    Pursuant to Federal Rule of Civil Procedure 26, Defendants' attorney, John F. Martin, certifies that he conferred in good faith with Plaintiff's attorney, Jamie Bas, but that Attorney Bas declined to agree to a Protective Order or agreement.

WHEREFORE, Defendants request the Court enter the requested protective order and for such other relief as it deems appropriate.

                              s/ John F. Martin
                              Attorney for Defendants
                              Meachum & Martin
                              110 N. Vermilion
                              Danville, IL  61832
                              Telephone:  (217)442-1390
                              Fax:  (217)442-2042
                              E-mail:  jfmartin2@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Jamie Bas, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:  Jamie Bas, George Ripplinger and Associates, 2215 West Main Street, Belleville, IL  62223.

s/ John F. Martin
Attorney for Defendants
Meachum & Martin
110 N. Vermilion
Danville, IL  6l832
Telephone:  (217)442-1390
Fax:  (217)442-2042
E-mail:  jfmartin2@aol.com