IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

```
MANUEL ALVAREZ, SR.,                  )
                                      )
     Plaintiff,                       )
                                      )
-vs-                                  )
                                      )
CITY OF DANVILLE, OFFICER T.          )
WASSON, badge number 347,             )   NO.  04-2162
individually and as employee          )
of the Police Department of           )
the City of Danville, and             )
OFFICER BLEW, individually            )
and as an employee of the             )
Police Department of the City        )
of Danville,                          )
                                      )
     Defendants.                      )
```

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on May 27, 2005, he served a copy of Answers to Supplemental Interrogatories to Defendants and Defendants' Response to Plaintiff's Supplemental Demand to Produce by depositing same in a United States Post Office box located in Danville, Illinois, with proper postage affixed thereto and addressed to:

        Ms. Jamie Bas
        George Ripplinger & Assoc.
        2215 W. Main Street
        Belleville, IL  62223

As requested by the District Court, the original of said documents were not filed with the Clerk; this certificate is

hereby filed with the Clerk disclosing that a copy was served as stated herein.

                                         s/ John F. Martin  
                                         Attorney for Defendants  
                                         Meachum & Martin  
                                         110 N. Vermilion  
                                         Danville, IL  61832  
                                         Telephone:  (217)442-1390  
                                         Fax:  (217)442-2042  
                                         E-mail:  jfmartin2@aol.com

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that on June 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Jamie Bas, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:  Jamie Bas, George Ripplinger and Associates, 2215 West Main Street, Belleville, IL  62223.

                                         s/ John F. Martin  
                                         Attorney for Defendants  
                                         Meachum & Martin  
                                         110 N. Vermilion  
                                         Danville, IL  61832  
                                         Telephone:  (217)442-1390  
                                         Fax:  (217)442-2042  
                                         E-mail:  jfmartin2@aol.com