**E-FILED**
Monday, 06 June, 2005  03:04:38 PM
Clerk, U.S. District Court, ILCD

LAW OFFICES

## MEACHUM & MARTIN

110 NORTH VERMILION

DANVILLE, ILLINOIS 61832

CLYDE MEACHUM
JOHN F. MARTIN*
BRUCE MEACHUM

*Also licensed in Indiana

June 3, 2005

TELEPHONE 217-442-1390
FAX 217-442-2042

Honorable Harold A. Baker
U.S. District Court
338 U.S. Courthouse
201 S. Vine Street
Urbana, IL   61802

RE:  Manuel Alvarez, Sr. v. City of Danville, et al.
     NO.  04-2162

Dear Judge Baker:

I represent the defendants and attorney Jamie Bas represents the plaintiff in this matter.

I filed a Motion for Protective Order on May 27, 2005 (docket item 14) regarding certain documents we have produced in this case.

In speaking with attorney Bas, she indicated that upon reviewing my motion and further thought that she does not have any objection to my motion.

I would request that a protective order, in line with the request contained in paragraphs 2 and 4 of our motion, be entered.

Our motion asks that the dissemination of the following documents be restricted to members and employees of the plaintiff's law firm or any liability expert witness of the plaintiff, and that at the conclusion of the case the materials and all copies be returned to the defendants: personal files of officers Wasson and Blue, a Discipline Proceeding record regarding Officer Wasson, a Complaint Report regarding Officer Wasson, two internal affairs investigation records, and Danville Human Relations Department complaints and interviews.

June 3, 2005
Page Two


     I would be happy to draft a proposed Protective Order
or Agreed Protective Order if the Court desires.

     Thank you for your consideration.

                              Very Truly Yours,

                              John F. Martin

JFM:pmc
xc:  Jamie Bas