UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MANUEL ALVAREZ, SR., | ) |
| Plaintiff, | ) |
| -vs- | ) |
| CITY OF DANVILLE, OFFICER T. WASSON, badge number 347, individually and as employee of the Police Department of the City of Danville, and OFFICER BLEW, individually and as an employee of the Police Department of the City of Danville, | ) NO. 04-2162 |
| Defendants. | ) |

<u>AGREED MOTION FOR PROTECTIVE ORDER</u>

Now come the parties by their counsel and present this Agreed Motion for Protective Order regarding the Defendants' prior Motion for Protective Order, and request the Court enter the draft Protective Order attached this motion.

    S/ John F. Martin
    Attorney for Defendants
    CITY OF DANVILLE, OFFICER T.
    WASSON and OFFICER JOE BLEW

    S/ Jamie Bas
    Attorney for Plaintiff
    MANUEL ALVAREZ, SR.

JOHN F. MARTIN                          JAMIE BAS

```
MEACHUM & MARTIN                    GEORGE RIPPLINGER
110 N. VERMILION                    & ASSOCIATES
DANVILLE, IL  61832                 2215 W. MAIN ST.
PHONE:  217/442-1390                BELLEVILLE, IL 62223
                                    PHONE: 618/234-2440
```