**E-FILED**
Thursday, 09 June, 2005  03:16:53 PM
Clerk, U.S. District Court, ILCD

```
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF ILLINOIS
```

MANUEL ALVAREZ, SR.,            )
                                )
    Plaintiff,                 )
                                )
-vs-                            )
                                )
CITY OF DANVILLE, OFFICER T.    )
WASSON, badge number 347,       )   NO.  04-2162
individually and as employee    )
of the Police Department of     )
the City of Danville, and       )
OFFICER BLEW, individually      )
and as an employee of the       )
Police Department of the City   )
of Danville,                    )
                                )
    Defendants.                )

<u>PROTECTIVE ORDER</u>

    This cause coming on to be heard on the Agreed Motion for Protective Order, the Court being fully advised finds that the motion should be allowed.

    WHEREFORE,IT IS ORDERED:

    A.   That the Plaintiff shall provide access to the following items that have been produced in discovery by Defendants only to members of Plaintiff's law firm, its employees, or any liability expert witness Plaintiff retains in this cause:

    1. the personnel files of Officer Troy Wasson and Joseph Blew,

    2. the disciplinary proceeding record regarding Officer Wasson,

    3. a complaint report regarding Officer Wasson,

    4. the internal affairs investigation records (regarding the Nelson and Kilbury matters), and

    5. the Danville Human Relations Department complaints and interviews.

B. At the conclusion of this lawsuit the Plaintiff shall return to Defendants the records listed above and any copies thereof.

Dated: June _____, 2005.

_____
UNITED STATES DISTRICT JUDGE