St. Clair County    )
                    )  ss.
State of Illinois   )

I, Manuel Alvarez, having been first duly sworn upon oath, depose and state that I have read the above and foregoing Plaintiff's Response To Defendant's Motion for Summary Judgment and that same are true, correct and complete. I further attest that the documents attached hereto are true and correct copies of the originals.

_____
Manuel Alvarez

Subscribed and sworn to before me this 14 day of September, 2005.

_____
NOTARY PUBLIC

OFFICIAL SEAL
AMANDA ISOM
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11-15-06