IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MANUEL ALVAREZ, SR.,       )
                           )
    Plaintiff,             )
                           )
    -vs-                   ) No. 04-2162
                           )
CITY OF DANVILLE, OFFICER T. WASSON, )
badge number 347, individually and as )
employee of the Police Department of )
the City of Danville, and OFFICER )
BLEW, individually and as employee )
of the Police Department of the City )
of Danville,               )
                           )
    Defendants.            )

DEPOSITION

The Deposition of MANUEL ALVAREZ, SR., a citizen of the State of Illinois, a witness of lawful age; produced, sworn and examined upon his corporeal oath on June 9, 2005 A.D., at the Law Offices of Meachum & Martin, 110 North Vermilion Street, Danville, Illinois, before Janet E. Frederick, CSR, License No. 084-003526, in and for the County of Champaign and State of Illinois, as a witness in a certain suit and matter now pending and undetermined in the United States District Court, Central District of Illinois.



COPY

PLAINTIFF'S EXHIBIT A

AREA WIDE REPORTER (800)747-6789

Page 26

1  A. He reflected some of the things that
2 happened. He said that we were arguing, I was
3 chasing him. But as far as me recalling, I can't
4 remember.
5  Q. Okay. What did he tell you was the
6 reason for the fight?
7  A. He said we were arguing about -- I can't
8 remember.
9  Q. You don't remember what he told you?
10  A. We were arguing about a car. That's all
11 I can recall.
12  Q. Where did the fight start, where at your
13 house there?
14  A. In my driveway.
15  Q. So up to that point -- you two had been
16 sitting on the porch drinking beer up to that point;
17 is that right?
18  A. Yes.
19  Q. Is this porch on the front of your house
20 or in the back of your house?
21  A. In the back.
22  Q. And so did the entire fight take place on
23 the porch or did it move outside?
24  A. It was in the driveway.

Page 27

1  Q. In the driveway?
2  A. Yes.
3  Q. Besides Tiffany Dill and Jeremy, was
4 anybody else present?
5  A. No.
6  Q. At some point do you remember the police
7 arriving?
8  A. I remember standing over Jeremy. And
9 then the TASERs hit me and it just -- it woke me up
10 a little bit and I seen what was happening. But I
11 wasn't responding to the police's commands.
12  Q. What were the police telling you to do?
13  A. To get down.
14  Q. And you were not doing that, correct?
15  A. Yes.
16  Q. That's correct?
17  A. Yes.
18  Q. Was Jeremy on the ground at this point
19 when the police arrived?
20  A. I can't remember.
21  Q. The police report indicates one of the
22 witnesses said you hit him over the head, Jeremy.
23 Did that happen?
24      MS. BAS: I'm going to object to the

Page 28

1 form of the question. It's confusing.
2      THE WITNESS: I can't remember.
3  Q. (by Mr. Martin) You may have, but you
4 don't remember, right?
5      MS. BAS: I'm going to object. It
6 mischaracterizes his testimony, and it's
7 asked and answered.
8      THE WITNESS: I can't remember if I
9 hit him.
10  Q. (by Mr. Martin) Beg your pardon?
11  A. I can't remember if I hit him.
12  Q. Okay. You mentioned you had something in
13 your hand, you said a piece of aluminum or
14 something?
15  A. Yes.
16  Q. Tell me what that is. What was that?
17  A. It's like the bottom kick panel off an
18 aluminum door.
19  Q. How long was it?
20  A. Two, three feet.
21  Q. And how wide?
22  A. It wasn't very wide. I could hold it in
23 my hand.
24  Q. So two inches? Three inches?

Page 29

1  A. Three inches, maybe.
2  Q. How did it happen you ended up with this
3 piece of panel off a door in your hand?
4  A. I can't recall how I picked it up.
5  Q. You do recall, you said, standing over
6 Jeremy with this piece of aluminum in your hand; is
7 that right?
8  A. Yes.
9  Q. And was Jeremy on the ground?
10  A. Yes.
11  Q. Do you know how he got on the ground?
12  A. I can't recall how.
13  Q. Was he conscious?
14  A. Yes.
15  Q. When were you first aware that the police
16 had arrived?
17  A. After I was TASER'd.
18  Q. And had you heard officers prior to that?
19  A. I heard some of their commands.
20  Q. Okay. But you didn't comply with their
21 commands, correct?
22  A. No.
23  Q. That's correct?
24  A. Yes.

Page 30

1  Q. Where were you struck by the TASER?
2  A. Directly in the back of my neck, on my
3  back, on my front, lower part of my abdomen.
4  Q. So you're saying it was four points where
5  you were hit by the TASER?
6  A. It was more than four.
7  Q. How many?
8  A. My girlfriend counted seven.
9  Q. Who's your girlfriend?
10 A. Jeannine Ray.
11 Q. Can you spell her first name?
12 A. J-E-A-N-N-I-N-E, R-A-Y.
13 Q. She was your girlfriend in September of
14 2003?
15 A. Yes.
16 Q. Is she still?
17 A. Yes.
18 Q. What's her address?
19 A. 704 Florida.
20 Q. So you were hit by the TASER, and did you
21 feel the shock?
22 A. Yes.
23 Q. What happened next?
24 A. I lost total -- I just collapsed to the

Page 31

1  ground first time and dropped what I was holding.
2  Q. Do you remember struggling at all with
3  the officers?
4  A. No.
5  Q. Do you remember being handcuffed?
6  A. Yes.
7  Q. After you were handcuffed, what happened?
8  A. After I was TASER'd, I was taken to the
9  ground. At the same time I was taken to the ground,
10 I can't recall what officer, but he rammed his knee
11 into my gut as I was being taken down. Then I was
12 cuffed.
13 Q. Okay. So you're indicating that before
14 you were on the ground, they were trying to get you
15 to the ground, you were hit by an officer's knee; is
16 that right?
17 A. As I was being taken down, his knee went
18 into my gut.
19 Q. Okay.
20 A. Abdomen.
21 Q. Had you had any other blows to your
22 abdomen before this incident, before this officer
23 came up to you?
24 A. No.

Page 32

1  Q. Do you know?
2  A. I didn't have none.
3  Q. How long did the fight go on?
4     MS. BAS: I'm going to object to the
5     form of the question. It's confusing. Go
6     ahead and answer.
7     THE WITNESS: I can't recall how long
8     the fight went on.
9  Q. (by Mr. Martin) And besides being hit in
10 the head with a beer bottle, you don't remember
11 where else you were hit during the fight?
12    MS. BAS: Object to the form of the
13    question. It's vague and confusing.
14    THE WITNESS: That was the only time
15    I was hit.
16 Q. (by Mr. Martin) Your testimony is you
17 were hit once?
18 A. By Jeremy, yes.
19 Q. How many officers wrestled you to the
20 ground?
21 A. One.
22 Q. How many officers were present when this
23 was occurring?
24 A. I seen two officers.

Page 33

1  Q. Where was Tiffany during this, when you
2  were being arrested?
3  A. Standing right by my back door.
4  Q. What happened after you were arrested?
5     MS. BAS: I'm going to object. It
6     mischaracterizes the facts and evidence.
7     I don't believe he was arrested. Go ahead
8     and answer the question.
9     THE WITNESS: I wasn't arrested.
10 Q. (by Mr. Martin) Well, you were taken
11 into custody, weren't you?
12 A. I was taken to the hospital.
13 Q. Okay. You were handcuffed?
14 A. Yes.
15 Q. What did they do for you at the hospital?
16 A. I went to the hospital. They sewed my
17 eye, cleaned up my face. They seen some of the
18 TASER marks, which one of the officers was present.
19 Q. Had you ever had any other run-ins with
20 the police before this incident?
21 A. No.
22 Q. Had they ever been called to your house
23 before?
24 A. No.