IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MANUEL ALVAREZ, SR.,                )
                                    )
        Plaintiff,                  )
                                    )
        -vs-                        ) No. 04-2162
                                    )
CITY OF DANVILLE, OFFICER T. WASSON, )
badge number 347, individually and as )
employee of the Police Department of )
the City of Danville, and OFFICER   )
BLEW, individually and as employee  )
of the Police Department of the City )
of Danville,                        )
                                    )
        Defendants.                 )

DEPOSITION

The Deposition of JOSEPH BLEW, a citizen of the State of Illinois, a witness of lawful age; produced, sworn and examined upon his corporeal oath on June 10, 2005 A.D., at the City of Danville Police Department, 2 East South Street, Danville, Illinois, before Janet E. Frederick, CSR, License No. 084-003526, in and for the County of Champaign and State of Illinois, as a witness in a certain suit and matter now pending and undetermined in the United States District Court, Central District of Illinois.





PLAINTIFF'S EXHIBIT B

AREA WIDE REPORTER (800)747-6789

Page 6

1  day?
2  A. Yes, it is.
3  Q. At some point in time you were directed
4  to go to Manuel Alvarez's house in Danville,
5  correct?
6  A. Yes.
7  Q. Can you tell me how it was that you were
8  directed to go to Mr. Alvarez's residence on
9  September 13th, 2003?
10  A. Officer Wasson was dispatched to
11  Mr. Alvarez's house for a fight in progress. And
12  with calls of that nature they generally send two
13  officers, one as a primary, one as a back-up. So
14  when Officer Wasson was dispatched to that, I was
15  the back-up officer that was sent with him.
16  Q. And how long did it take you to get to
17  the residence, if you know, once you received the
18  call?
19  A. I was probably a block, maybe a block and
20  a half away when Officer Wasson arrived. So I'm
21  just guessing maybe fifteen, twenty seconds. Just a
22  matter of being around the corner.
23  Q. Other than getting the dispatch call, did
24  you speak with anyone other than the dispatcher on

Page 7

1  that one particular occasion before you got to the
2  residence?
3  A. No, I did not.
4  Q. Where was your police car parked when you
5  got to the residence?
6  A. I was parked on Plum Street. The house
7  sits on a corner. Sits on the corner of Plum and
8  Mabin. My car was parked on Plum facing north.
9  Q. Was your car -- I'm bad with directions,
10  especially when I'm not familiar with the
11  neighborhood. Was your car toward the back yard or
12  the front? Where does Plum intersect, I guess? Is
13  Plum the front of the house or the rear?
14  A. Plum is the front of the house, what
15  looks like the front of the house. The house sits
16  sideways. It has a Mabin Street address, but the
17  front of the house sits towards Plum Street.
18  Q. Okay.
19  A. So I guess it would be in front of the
20  house just facing north. I never pulled into the
21  driveway.
22  Q. Okay. So you had to get out of your
23  squad car and then go around the house; is that
24  correct?

Page 8

1  A. I had to get out of the squad car. The
2  house, if this is the house, the house sits here.
3  This is Plum Street, and then the yard is up in
4  here. So you don't actually have to go like you're
5  going around the house to go to the backyard or
6  something.
7  Q. Okay. Now, what happened when you
8  arrived at Mr. Alvarez's residence on September
9  13th, 2003?
10  A. When I arrived at the residence, Officer
11  Wasson was already there. He was already out of the
12  car. I got out of my squad car. There was a male,
13  white, that was laying on the ground that later was
14  identified as Jeremy Fleming. I started to go over
15  towards him. At that time I heard Officer Wasson
16  yelling for Mr. Alvarez to drop the pipe he had in
17  his hand and get on the ground. He had already --
18  by that point he had already deployed his TASER once
19  because I could see the cords from it. He wasn't
20  complying, and Officer Wasson had hollered at him
21  again to get on the ground.
22  At that point I started to -- at that point I
23  started to approach Mr. Alvarez. Officer Wasson
24  deployed the TASER again in an attempt to see if he

Page 9

1  would go down, but still had little or no effect on
2  him. I did have my nightstick out, or my asp, and
3  Mr. Alvarez, I guess, at some point had dropped the
4  pipe. I didn't see him drop the pipe, but at some
5  point I guess he had.
6  He took a step towards Officer Wasson. I do
7  remember -- I remember his fists being clenched.
8  We're taught at the academy -- and I hadn't been out
9  of the academy but a couple years at that point --
10  you always watch the hands. I remember his hands
11  being in a fist. Officer Wasson kicked him and
12  pushed him backwards. He went to the ground.
13  Rolled up, I guess you call it, in a fetal position
14  like this. Still wouldn't give up his hands. We
15  had a brief struggle with him. Got his hands pulled
16  out and behind his back and cuffed Mr. Alvarez.
17  Q. Now, when you said he had his arms like
18  this, you crossed them over your chest?
19  A. Yes, ma'am.
20  Q. That's just for the record.
21  A. Sure.
22  Q. Officer Blew, when you first got out of
23  your car and you said that once you could see what
24  was going on you could tell that Officer Wasson had

Page 14

1  point in time that Officer Wasson activated the
2  TASER for the second time, where were you in
3  proximity to Officer Wasson?
4      A.  I was just a matter of a few feet from
5  him.  I was coming up alongside Mr. Alvarez and,
6  like I said, I had my nightstick in my hand.  I was
7  coming up alongside of him, approximately maybe
8  five, six feet.
9      Q.  And when you say him, you're referring to
10 Mr. Alvarez?
11     A.  Mr. Alvarez.  Just five or six feet from
12 Mr. Alvarez.
13     Q.  So at the time that Officer Wasson
14 activated the TASER for the second time, you were
15 actually closer to Mr. Alvarez than Officer Wasson;
16 is that correct?
17     A.  Yes.
18     Q.  Then what happened?
19     A.  The TASER had little or no effect.
20 Didn't get any response out of him.  He still didn't
21 comply with any orders.  Officer Wasson started to
22 approach Mr. Alvarez.  At that time, Mr. Alvarez
23 took a step forward at him.  I noticed his hands
24 were in a fist.  They were still down.  His hands

Page 15

1  were in a fist.  He took a step at Officer Wasson.
2  Officer Wasson used a front thrusting kick striking
3  Mr. Alvarez.  Mr. Alvarez went to the ground and
4  immediately rolled over with his hands underneath of
5  him.
6      Q.  What were you doing during the time
7  period that Officer Wasson activated the TASER for
8  the second time?
9      A.  I was standing alongside Mr. Alvarez
10 because I was waiting to see if the second
11 activation would have any effect on him.
12     Q.  Did you say anything to Mr. Alvarez?
13     A.  I was hollering at him to get on the
14 ground.
15     Q.  Did Mr. Alvarez look at you?
16     A.  No.
17     Q.  Did it appear to you that Mr. Alvarez
18 understood what you said?
19     A.  I don't know if he understood what I was
20 saying or not.
21     Q.  You couldn't tell?
22     A.  I couldn't tell.
23     Q.  And did Mr. Alvarez say anything to you
24 during this time period?  And I'm talking about the

Page 16

1  second time that the TASER was activated.
2      A.  To me, myself?
3      Q.  Yes.
4      A.  No, ma'am.
5      Q.  During the time period that Officer
6  Wasson started to approach Mr. Alvarez, what were
7  you doing?
8      A.  I was still standing alongside
9  Mr. Alvarez.
10     Q.  And how far were you away from him at
11 this particular point in time?
12     A.  Probably the same distance I was before,
13 just a matter of a few feet.
14     Q.  Okay.  And where was Jeremy Fleming
15 during this particular point in time?  And I'm
16 talking about as Officer Wasson is approaching
17 Mr. Alvarez.
18     A.  To the best of my knowledge, Jeremy
19 Fleming was still laying on the ground in the yard.
20     Q.  In front of Mr. Alvarez?
21     A.  No.  He was laying off to the side.  He
22 was like off where the edge of the driveway and the
23 edge of the grass meet, right around that area.
24     Q.  And how many feet away from the house is

Page 17

1  this that you're referring?
2      A.  Where Jeremy was or --
3      Q.  Well, okay.  How far was Jeremy from
4  Mr. Alvarez at this point?
5      A.  To be exact, I don't know.  Maybe twenty,
6  thirty feet.
7      Q.  Okay.  And how far was Mr. Alvarez from
8  the house at this particular point in time?
9      A.  He was -- to be exact, I don't really
10 know.
11     Q.  Did you ever watch Jeremy move away from
12 Mr. Alvarez?
13     A.  Watch Jeremy move away from Mr. Alvarez?
14 When I arrived, Jeremy was just laying on the
15 ground.
16     Q.  So he hadn't moved once you got there?
17     A.  No.  He was still laying on the ground.
18     Q.  Okay.  Where was Tiffany Dill?
19     A.  I was told she was standing over by the
20 house.  I never saw Tiffany Dill.
21     Q.  Okay.  During the time period that
22 Officer Wasson was approaching Mr. Alvarez, what was
23 Mr. Alvarez doing?
24     A.  Officer Wasson approached Mr. Alvarez.

Page 18

1  As he approached, Mr. Alvarez took a step towards
2  him and at that time Officer Wasson kicked
3  Mr. Alvarez.
4    Q. Was Mr. Alvarez saying anything to
5  Officer Wasson?
6    A. No, not that I recall at that point.
7    Q. Was Mr. Alvarez saying anything to you at
8  this particular point in time?
9    A. No.
10   Q. And what were you doing during this time
11 period?
12   A. At that point, I was standing there,
13 still had my asp. I mean, this all took place in
14 just a matter of seconds. So Mr. Alvarez went down.
15 We immediately grabbed ahold of him, tried to pull
16 his arms out to cuff Mr. Alvarez. I'm not sure what
17 you're after.
18   Q. When was the first time that you
19 physically came in contact with Mr. Alvarez?
20   A. When we were struggling on the ground to
21 pull his hands out from underneath of him.
22   Q. Can you describe the struggle for me?
23   A. Mr. Alvarez was laying -- he laid down on
24 his stomach or the front part of his body down, had

Page 19

1  his hands up underneath of him, almost in like a
2  fetal position. I yelled at him to give up his
3  hands, put his hands behind his back. He wouldn't
4  do it. We actually physically pulled his arms out
5  from underneath of him, put them behind his back and
6  cuffed him.
7    Q. What part of his body did you touch to
8  get his arms out from underneath him?
9    A. Just wrapped my arms in and pulled on his
10 arms. Which arm, I don't recall exactly.
11   Q. What did you use of your body to get his
12 arms out from underneath him?
13   A. My hands and arms.
14   Q. Did any other part of your body other
15 than your hands and arms ever come in contact with
16 Mr. Alvarez?
17   A. No.
18   Q. Did -- what part of Officer Wasson's body
19 came in contact with Mr. Alvarez during this
20 struggle?
21   A. The same as mine. He had ahold of -- I
22 was pulling on one arm. He pulled on the other arm
23 to bring them behind his back. So hands and arms.
24   Q. Did you ever strike Mr. Alvarez during

Page 20

1  this struggle on the ground?
2    A. No.
3    Q. Did you ever kick Mr. Alvarez during this
4  struggle on the ground?
5    A. No.
6    Q. Did Officer Wasson strike Mr. Alvarez
7  during this struggle on the ground?
8    A. No.
9    Q. Did Officer Wasson kick Mr. Alvarez
10 during the struggle on the ground?
11   A. No.
12   Q. Was Mr. Alvarez struck, hit, kicked,
13 punched in any way other than the time when Officer
14 Wasson kicked Mr. Alvarez in the pelvic area?
15   A. No, he was not.
16   Q. That's the only forceful contact
17 Mr. Alvarez received from Officer Wasson; is that
18 correct?
19   A. Yes.
20      MR. MARTIN: Pulling on the arms,
21      that can be characterized as forceful,
22      too, I suppose.
23   Q. (by Ms. Bas) And pulling the arms out,
24 correct?

Page 21

1    A. Yes.
2    Q. Now, although you were closer to
3  Mr. Alvarez, you allowed Officer Wasson to approach
4  him; is that correct?
5    A. Yes.
6    Q. Why?
7    A. I don't know. It just happened that way.
8  I mean, I don't know. It all happened in a matter
9  of seconds when Officer Wasson approached him. When
10 he, Mr. Alvarez, took a step towards him, he kicked
11 him. We both grabbed ahold of him to pull his hands
12 out when he went to the ground. I don't know why.
13 It just happened to work out that way.
14   Q. Did you have a TASER gun on you that
15 particular early morning?
16   A. No, I did not.
17   Q. Why not?
18   A. Because it was in the car.
19   Q. Are you trained to keep your TASER gun on
20 you?
21   A. The new ones that we carry now, yes.
22   Q. What new ones do you carry now?
23   A. The X26.
24   Q. X26?

Page 34

1  in June of 2001, correct?
2    A.  Yes, I did.
3    Q.  And this incident occurred on September
4  13, 2003. Did you receive any training on how to
5  use a TASER gun prior to September 13th, 2003?
6    A.  Yes.
7    Q.  When did you receive that training?
8    A.  When I got out of PTI. When I got back
9  to the department here, just the first or second day
10 of my field training.
11   Q.  What did that training consist of that
12 you received here? And when I say here, I mean
13 Danville PD.
14   A.  I was -- my field training officer went
15 over it with me, just briefly explained how the
16 device worked, where to aim ideally, what kind of a
17 dart spread that you would want to get an effect,
18 explained how to put the cartridge on, take the
19 cartridge off, how to reactivate it if you needed to
20 reactivate it, explained that the activation itself
21 lasted five seconds. If you need to reactivate
22 again, explained how to reactivate it again.
23 Actually shot one into a specialized target
24 downstairs in the armory, and then I had it used on

Page 35

1  me to see what it was like.
2    Q.  How many times have you had it used on
3  you?
4    A.  Just once.
5    Q.  What happened?
6    A.  I collapsed on the floor in a ball.
7    Q.  Could you move?
8    A.  No.
9    Q.  I interrupted you. What other training
10 did you get?
11   A.  I believe that was it.
12   Q.  Okay. Was this just one person who went
13 over these things with you?
14   A.  No. There was me, there was another
15 officer that had gotten out of the academy that
16 started at the same time as I did, and his training
17 officer was down there also. So there was four of
18 us all together.
19   Q.  Who was your training officer?
20   A.  Officer Beth Damilano.
21   Q.  Can you spell her last name for me?
22   A.  D-A-M-I-L-A-N-O?
23   Q.  We won't tell. Okay. So other than your
24 training, how it worked, where to aim, how to change

Page 36

1  the cartridges, how to reactivate, the duration of
2  the activation and you shot it once and you were
3  actually shot at with the TASER, did you receive any
4  other training regarding the TASER at the Danville
5  Police Department when you first arrived here?
6    A.  Other than just the desired effect, which
7  is obviously the desired effect.
8    Q.  What's the desired effect?
9    A.  Is to stop whatever aggressive behavior
10 and usually collapse to the ground. Other than
11 that, they went over as far as an intoxicated person
12 or somebody with a pace maker, that it's not that,
13 you know, it doesn't hurt the pace maker. Other
14 than that, they never got into the engineering or
15 the mechanicals of how it works.
16   Q.  Okay. You said you were trained on it
17 regarding an intoxicated person. What did they tell
18 you?
19   A.  Just that ideally that whether they're
20 intoxicated or whether they are under the influence
21 of some type of drugs that it's supposed to still --
22 supposed to still obtain the desired effect. But
23 they also told us that it doesn't always.
24   Q.  What are you supposed to do if it doesn't

Page 37

1  obtain the desired effect?
2    A.  Reactivate it.
3    Q.  How many times can you do that?
4    A.  They never said a specific number.
5    Q.  Were you ever trained that a person could
6  be TASER'd and appear frozen as if they weren't
7  reacting when, in fact, they were?
8    A.  I was told that.
9    Q.  What were you told to do in that
10 situation?
11   A.  I was told that if they're freezing, that
12 the freezing effect is usually while the TASER is
13 cycling or while they're getting the electrical
14 charge. And that once the electrical charge is
15 stopped or has discontinued, then they have full
16 motion or full muscle control, however you want to
17 describe it, to do whatever you're wanting them to
18 do.
19   Q.  You said you were TASER'd once, right?
20   A.  Yes.
21   Q.  Were you able to move right after you
22 were TASER'd?
23   A.  As soon as he cut it off, I got right
24 back up off the floor.

Page 38

1  Q. Within seconds?
2  A. Right after he cut off the electrical
3 current, I got right back up.
4  Q. Even though it had knocked you to the
5 ground, the effect only lasted during the time
6 period that you were actually being TASER'd and
7 after that you were fine; is that correct?
8  A. Yes, other than a little bit of a
9 tingling feeling where the darts were. That was it.
10  Q. So what did they tell you was the purpose
11 of the TASER if as soon as you activate it the
12 person can move again? What's the desired effect
13 that you were trained to achieve if the person can
14 still move after you're done?
15  A. The idea, the way that I understand it's
16 supposed to be, that when the TASER is activated,
17 the majority of people will collapse to the ground
18 because it disrupts their muscular function which is
19 supposed to give you the opportunity to grab ahold
20 of them in order to effect the arrest or effect
21 whatever you need to effect. That's basically
22 supposed to stop them or stun them, or however you
23 want to describe it, but while the current is going.
24 Then hopefully by the time the five seconds is up,

Page 39

1 you've got ahold of them so you can get them cuffed.
2  Q. When Officer Wasson TASER'd Mr. Alvarez
3 the second time, did he fall to the ground?
4  A. No.
5  Q. Did the academy ever -- or strike that.
6 Did the Danville Police Department ever tell
7 you what to do in a situation where if you TASER
8 someone a couple times and they don't appear to
9 respond, what to do?
10  A. If they didn't respond initially,
11 reactivate the TASER. If you still didn't get any
12 kind of response out of them, then you are going to
13 have to use some other means to effect the arrest,
14 whether it was hands on, whether it was a chemical
15 munition like OC. You're going to have to, I mean,
16 if it didn't work, you're going to have to do
17 something else.
18  Q. And in this particular instance if
19 something else was done by Officer Wasson as he
20 approached Mr. Alvarez and he kicked him once
21 Mr. Alvarez took a step forward; is that correct?
22  A. Say it one more time. I'm sorry.
23  Q. It was a poorly phrased question. It's
24 my fault. After Mr. Alvarez was TASER'd for the

Page 40

1 second time, he didn't yell at anyone, correct?
2  A. No.
3  Q. And he didn't swing at anyone with his
4 arms, correct?
5  A. No.
6  Q. And he had dropped the pipe, correct?
7  A. That's correct.
8  Q. And the only movement that he made was he
9 took one step forward, correct?
10  A. Yes, towards Officer Wasson.
11  Q. How are you instructed to take someone to
12 the ground?
13  A. Try using some type of joint
14 manipulation, do basically what you would call a
15 sweep. Basically if you get ahold of them, kick a
16 leg out from under them to get them to the ground.
17 When I say kick, I don't mean actually kick them as
18 a strike but basically off balance them by sweeping
19 a leg up, taking them to the ground.
20  Q. Are you instructed to kick someone in the
21 pelvis area?
22  A. PPCP book demonstrates front thrusting
23 kicks. So yeah. I mean --
24  Q. Can you kick a person anywhere, according

Page 41

1 to the book?
2  A. I don't know what your definition of
3 anywhere is.
4  Q. Anywhere on the body.
5  A. You can kick to the legs, too, but --
6  Q. What are you trained to do in a situation
7 where a person is not voicing any verbal threats, is
8 not speaking, has his hands down to his side and
9 takes one step forward, what are you instructed to
10 do in that situation?
11       MR. MARTIN: I'll object to the
12    question. Leaves out details of this case
13    which includes he was in a fight, making
14    an aggressive move toward the officer,
15    he's not obeying police commands.
16  Q. (by Ms. Bas) Officer, can you answer my
17 question?
18  A. Yeah. You have to ask it one more time.
19 I'm sorry.
20       MS. BAS: Can you read it back for
21    me, please?
22       (Whereupon the requested portion of
23    the record was read by the court
24    reporter.)

Page 42

1  A. If I deem him taking a step forward at me
2  as a threat, then I'm going to take him to the
3  ground.
4  Q. How would you do that? In this scenario,
5  let's say that Mr. Alvarez had made the step towards
6  you instead of Officer Wasson, what would you have
7  done?
8  A. If I had, given the situation and a TASER
9  in one of my hands --
10 Q. You didn't have a TASER.
11 A. You just -- I thought you just -- this is
12 hypothetical.
13 Q. Let's say in this situation, if you're
14 standing there and you've got your stick but you
15 don't have a TASER and let's pretend that
16 Mr. Alvarez had made the step towards you, what
17 would you have done?
18 A. If Mr. Alvarez had made the step towards
19 me and I perceived or felt threatened that he was
20 going to either hit me or kick me, then I probably
21 would have kicked him to get him back off of me.
22 Q. How would you have kicked him?
23 A. Probably the same way Officer Wasson did,
24 a kick to the, you know, the pelvis area or

Page 43

1  basically where the bones are.
2  Q. Why would you kick where the bones are?
3  A. I was just -- ideally, that's where, you
4  know, ideally that's where you want to kick.
5  Depending on the circumstance, if they turn or
6  they're coming at you, you don't know where it's
7  going to wind up.
8  Q. Why are the bones the ideal spot that you
9  want to kick someone?
10 A. To diminish injury.
11 Q. Have you ever heard of anyone being
12 injured by a TASER gun?
13 A. Injured as in how?
14 Q. Physically injured.
15 A. No.
16 Q. Have you ever heard of anyone dying
17 because of a TASER gun?
18 A. The only thing I've ever heard in
19 relation to or in regards to TASER related deaths
20 was that usually the deaths that had happened, that
21 there was usually some other underlying factor and
22 it was usually some type of stimulant drug.
23 Q. Do they go over that here at the Danville
24 Police Department?

Page 44

1  A. Yes, I believe it was brought up. It's
2  been a while ago but, yeah, I believe it was brought
3  up about the incidence of deaths.
4  Q. Did Mr. Alvarez appear to be a threat to
5  you or to Mr. Wasson when Mr. Wasson kicked him?
6    MR. MARTIN: I'm going to object.
7    That's been asked and answered.
8  Q. (by Ms. Bas) You can answer.
9  A. Yes, I perceived Mr. Alvarez as a threat
10 to Officer Wasson.
11 Q. Why did you perceive him to be a threat?
12   MR. MARTIN: I object. It's been
13   asked and answered.
14   THE WITNESS: Mr. Alvarez had already
15   been involved in a fight. He was not
16   obeying either Officer Wasson's orders or
17   my orders to get down. He was not
18   complying with anything we were asking him
19   to do. And as Officer Wasson approached
20   him when the TASER didn't work, he took a
21   step towards Officer Wasson, I perceived
22   that he was either going to kick him, hit
23   him, or grab ahold of him and they were
24   going to end up in a struggling match.

Page 45

1  Q. (by Ms. Bas) What shift do you work?
2  A. I work seconds now.
3  Q. When did you start working second shift?
4  A. Would have been October of --
5  Q. 2003?
6  A. Yeah, probably about October, towards the
7  end of October of 2003, and then I ended up going
8  back to nights for about three months due to a
9  manpower shortage. And then I came back -- in the
10 summer of 2004, I came back to second shift.
11 Q. Did you ever seek to work second shift
12 prior to when you were assigned to do so in October
13 of 2003?
14 A. Did I ever -- what do you mean?
15 Q. Apply to work second shift.
16 A. To work second shift? Yeah.
17 Q. When was that?
18 A. We do shift picks once a year, and then
19 everybody is assigned to pick according to
20 seniority. And at the time when they came out I
21 didn't have enough seniority, so I got stuck on
22 third shift.
23 Q. Are you aware of any concerns the
24 department had regarding your training in January of