# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MANUEL ALVAREZ, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 04-2162 |
| ) | |
| CITY OF DANVILLE, ) | |
| OFFICER TROY WASSON, badge ) | |
| number 347, individually ) | |
| and as an employee of the Police ) | |
| Department of the City of Danville, ) | |
| and JOSEPH BLEW, individually ) | |
| and as an employee of the Police ) | |
| Department of the City of Danville, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR VOLUNTARY DISMISSAL

Plaintiff, Manuel Alvarez, by his attorneys, George Ripplinger and Associates, voluntarily dismisses his claim against defendant, City of Danville, with prejudice with each side to pay their own costs.

       **s/ Jamie L. Bas**
Jamie L. Bas Bar Number: 6277169
Attorney for Plaintiff
George Ripplinger and Associates
2215 W. Main Street
Belleville, IL 62226-6692
(618) 234-2440
FAX:  (618) 234-6728
jamie@ripplingerlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th of September, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

John F. Martin
Meachum & Martin
110 N. Vermilion
Danville, IL 61832

                                        **s/ Jamie L. Bas**
                                        Jamie L. Bas Bar Number: 6277169
                                        Attorney for Plaintiff
                                        George Ripplinger and Associates
                                        2215 W. Main Street
                                        Belleville, IL 62226-6692
                                        (618) 234-2440
                                        FAX:  (618) 234-6728
                                        jamie@ripplingerlaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MANUEL ALVAREZ, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 04-2162 |
| | ) | |
| CITY OF DANVILLE, | ) | |
| OFFICER TROY WASSON, badge | ) | |
| number 347, individually | ) | |
| and as an employee of the Police | ) | |
| Department of the City of Danville, | ) | |
| and JOSEPH BLEW, individually | ) | |
| and as an employee of the Police | ) | |
| Department of the City of Danville, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This cause coming before the Court on Plaintiff's Motion for Voluntary Dismissal, the Court being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Voluntary Dismiss Defendant, City of Danville, be granted and this claim be dismissed with prejudice with each party to pay their own costs.

ENTERED this ___ day of _____, 2005.

_____
JUDGE