UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MANUEL ALVAREZ, SR., | ) |
| Plaintiff, | ) |
| -vs- | ) |
| CITY OF DANVILLE, OFFICER T. WASSON, badge number 347, individually and as employee of the Police Department of the City of Danville, and OFFICER BLEW, individually and as an employee of the Police Department of the City of Danville, | ) NO. 04-2162 |
| Defendants. | ) |

### RESPONSE TO MOTION FOR VOLUNTARY DISMISSAL

Now come the Defendants, the CITY OF DANVILLE, OFFICER TROY WASSON, and OFFICER JOSEPH BLEW by John F. Martin of Meachum & Martin, and in response to the Plaintiff's Motion for Voluntary Dismissal of the Defendant, City of Danville, filed September 20, 2005, indicate that they have no objection to said motion.

```
                              s/ John F. Martin
                              Attorney for Defendants
                              Meachum & Martin
                              110 N. Vermilion
                              Danville, IL  61832
                              Telephone:  (217)442-1390
                              Fax:  (217)442-2042
                              E-mail:  jfmartin2@aol.com
```

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jamie Bas, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant: Jamie Bas, George Ripplinger and Associates, 2215 West Main Street, Belleville, IL 62223.

                                          s/ John F. Martin
                                          Attorney for Defendants
                                          Meachum & Martin
                                          110 N. Vermilion
                                          Danville, IL 61832
                                          Telephone: (217)442-1390
                                          Fax: (217)442-2042
                                          E-mail: jfmartin2@aol.com