**E-FILED**
Monday, 21 November, 2005  01:30:11 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS


MANUEL ALVAREZ, SR.,              )
                                  )
    Plaintiff-Appellee,           )
                                  )
-vs-                              )
                                  )
CITY OF DANVILLE, OFFICER         )
JOSEPH BLEW,                      )        NO. 04-2162
                                  )
    Defendants,                   )
                                  )
and                               )
                                  )
OFFICER TROY WASSON,              )
                                  )
    Defendant-Appellant.          )


### NOTICE OF APPEAL

Notice is hereby given that Officer Troy Wasson, Defendant-Appellant in the above named case hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final Order and final decision entered November 16, 2005. Said order denied Officer Wasson's Motion for Summary Judgment, claim for qualified immunity and request for summary judgment on the count claiming battery.

                        s/ John F. Martin
                        Attorney for Defendant-
                          Appellant, Officer Troy Wasson
                        Meachum & Martin
                        110 N. Vermilion
                        Danville, IL  61832
                        Telephone:  (217)442-1390
                        Fax:  (217)442-2042
                        E-mail:  jfmartin2@aol.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Jamie Bas, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:  Jamie Bas, George Ripplinger and Associates, 2215 West Main Street, Belleville, IL  62223.

<div style="margin-left:40%">

s/ John F. Martin
Meachum & Martin
110 N. Vermilion
Danville, IL  6l832
Telephone:  (217)442-1390
Fax:  (217)442-2042
E-mail:  jfmartin2@aol.com

</div>