**E-FILED**
Tuesday, 22 November, 2005  04:19:53 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MANUEL ALVAREZ, SR., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| -vs- ) | |
| ) | |
| CITY OF DANVILLE, OFFICER T. ) | |
| WASSON, badge number 347, ) | NO.  04-2162 |
| individually and as employee ) | |
| of the Police Department of ) | |
| the City of Danville, and ) | |
| OFFICER BLEW, individually ) | |
| and as an employee of the ) | |
| Police Department of the City ) | |
| of Danville, ) | |
| ) | |
|     Defendants. ) | |

**MOTION FOR STAY OF PROCEEDINGS
IN THE DISTRICT COURT
AND MEMORANDUM IN SUPPORT THEREOF**

Now comes the Defendant, OFFICER TROY WASSON, by John F.
Martin of Meachum & Martin, and moves the Court to stay the
proceeding in the District Court including cancelling the trial
date and pretrial conference hearing and in support thereof
states:

1.  The trial in this case is currently set for December 12,
2005, and the final pretrial conference is set for December 5,
2005, at 1:30 p.m.

2.  On September 16, 2005, the Defendants filed a Motion for
Summary Judgment asserting that they were entitled to qualified
immunity from suit in this case.

3.    On November 16, 2005, the Court entered an Order which granted the motion as to Officer Joseph Blew, but denied the motion as to Officer Troy Wasson.

4.    On November 21, 2005, Defendant Officer Troy Wasson filed a Notice of Appeal appealing the denial of the summary judgment to the Seventh Circuit United States Court of Appeals.

5.    That under the circumstances the trial date and final pretrial conference should be continued pending the outcome of the appeal.  As noted in Saucier v. Katz, 533 U.S. 194, 121 S.C. 2151 qualified immunity is an entitlement not to stand trial or face the other burdens of litigation and is an immunity from suit rather than a mere defense to liability.  Saucier also noted that qualified immunity is effectively lost if the case is erroneously permitted to go to trial.  533 U.S. at 201 citing Hunter v. Bryant, 502 U.S. 224, 112 S.C. 534 (1991).

6.    The logic of the Supreme Court cases is applicable here and proceeding to trial effectively eliminates the qualified immunity to which Officer Wasson believes he is entitled.

7.    Defendant would also cite 28 USC Sec. 1651. (Cf. Federal Rule of Appellate Procedure 8 and Federal Rule of Civil Procedure 62).

8.    Defendant's counsel, John F. Martin, has conferred with Plaintiff's attorney, Jamie Bas, and Attorney Bas has authorized Attorney Martin to represent to the Court that Attorney Bas no objection to this motion and agrees it should be allowed.

WHEREFORE, Defendant Officer Troy Wasson requests that the proceedings in the District Court in this case including the

trial date and pretrial date in this matter be stayed pending the outcome of the pending appeal.

```
                        s/ John F. Martin
                        Attorney for Defendant
                        Meachum & Martin
                        110 N. Vermilion
                        Danville, IL  61832
                        Telephone:  (217)442-1390
                        Fax:  (217)442-2042
                        E-mail:  jfmartin2@aol.com
```

### CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Jamie Bas.

```
                        s/ John F. Martin
                        Attorney for Defendant
                        Meachum & Martin
                        110 N. Vermilion
                        Danville, IL  61832
                        Telephone:  (217)442-1390
                        Fax:  (217)442-2042
                        E-mail:  jfmartin2@aol.com
```