## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| MANUEL ALVAREZ, SR., | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 04-2162 |
| OFFICER TROY WASSON, badge number 347, | ) |
| Defendant. | ) |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR STAY

Comes now Plaintiff, Manuel Alvarez, by his attorneys, George Ripplinger and Associates, and in response to Defendant's Motion for Stay of Proceedings, states:

1. Plaintiff does not object to Defendant's Motion and joins in the Motion.

> s/ Jamie L. Bas
> Jamie L. Bas Bar Number: 6277169
> Attorney for Plaintiff
> George Ripplinger and Associates
> 2215 W. Main Street
> Belleville, IL 62226-6692
> (618) 234-2440
> FAX: (618) 234-6728
> jamie@ripplingerlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of November, 2005, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

John F. Martin
Meachum & Martin

110 N. Vermilion
Danville, IL 61832

**s/ Jamie L. Bas**
Jamie L. Bas Bar Number: 6277169
Attorney for Plaintiff
George Ripplinger and Associates
2215 W. Main Street
Belleville, IL 62226-6692
(618) 234-2440
FAX: (618) 234-6728
jamie@ripplingerlaw.com