## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois          Docket No.: 04-2162

Division: Urbana

### Plaintiff (Petitioner) Short Caption Defendant (Respondent)

Manuel Alvarez, Sr., Plaintiff-Appellant     v.     Officer T. Wasson, Defendant-Appellant

-------------------------------------------------------------------------------

**Current Counsel for Plaintiff (Petitioner):**       **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: George R. Ripplinger, Jamies L. Bas       Name: John F. Martin

Firm: George Ripplinger & Assoc          Firm: Meachum & Martin

Address: 2215 W Main St              Address: 110 N Vermilion

Belleville, IL 62226                Danville, IL  61832

Phone:                        Phone:

-------------------------------------------------------------------------------

Judge: Harold A. Baker             Nature of Suit Code:  440

Court Reporter:                 Date Filed in District Court:  8/18/04

                        Date of Judgment: No Judgment Entered - Case Pending

                        Date of Notice of Appeal: 11/21/05

Counsel:   ___Appointed      ___Retained    ___Pro Se

Fee Status:   ___Paid     XX  Due      ___IFP      ___IFP Pending    ___U.S.     ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:      ___Yes       XX  No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**