E-FILED
Monday, 28 November, 2005  11:40:32 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MANUEL ALVAREZ, SR., | ) |
| | ) |
|     Plaintiff-Appellee, | ) |
| | ) |
| -vs- | ) NO.  04-2162 |
| | ) |
| OFFICER TROY WASSON, | ) |
| | ) |
|     Defendant-Appellant. | ) |

**JURISDICTIONAL STATEMENT
AND REPRESENTATION STATEMENT**

Now comes John F. Martin of the firm of Meachum & Martin and states that the following are the parties that he represents in this appeal:  Defendant-Appellant Officer Troy Wasson.

> s/ John F. Martin
> Attorney for Defendant-Appellant
> Meachum & Martin
> 110 N. Vermilion
> Danville, IL  61832
> Telephone:  (217)442-1390
> Fax:  (217)442-2042
> E-mail:  jfmartin2@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Jamie Bas.

> s/ John F. Martin
> Attorney for Defendant-Appellant
> Meachum & Martin
> 110 N. Vermilion
> Danville, IL  61832
> Telephone:  (217)442-1390
> Fax:  (217)442-2042
> E-mail:  jfmartin2@aol.com