# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

December 2, 2005

**FILED**
DEC 05 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

*Before*

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

Hon. KENNETH F. RIPPLE, *Circuit Judge*

| | |
|---|---|
| MANUEL ALVAREZ, SR., <br>     Plaintiff-Appellee, <br><br> No. 05-4419      v. <br><br> OFFICER T. WASSON, <br>     Defendant-Appellant. | ] Appeal from the United <br> ] States District Court for <br> ] the Central District of <br> ] Illinois. <br> ] <br> ] <br> ] No. 04 C 2162 <br> ] <br> ] Harold A. Baker, <br> ]     Judge. |

    Upon consideration of the MOTION FOR STAY OF PROCEEDINGS IN THE DISTRICT COURT PENDING RESOLUTION OF APPEAL, filed on December 1, 2005, by counsel for the appellant,

    IT IS ORDERED that the motion is DENIED. The district court certified that the appeal is frivolous, and it is therefore proper for the district court to proceed to trial. *See Apostol v. Gallion,* 870 F.2d 1335, 1339 (7th Cir. 1989).