## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MANUEL ALVAREZ, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 04-2162 |
| ) | |
| OFFICER TROY WASSON, badge ) | |
| number 347, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE

NOW COMES the plaintiff, Manuel Alvarez, by his attorneys, George Ripplinger and Associates, and in response to Defendant's Motion in Limine, states:

1.  Plaintiff should be allowed to argue that the Plaintiff was not charged with the crime of battery, nor any other crime, as a result of anything that transpired on September 13, 2003. In order to sustain a cause of action for excessive force, a plaintiff must establish that the use of force was "objectively unreasonable." *Graham v. Connor*, 490 U.S. 386, 397, 109 S.Ct. 1865, 1872, 104 L.Ed.2d 443 (1989). "Whether a particular use of force was reasonable or not must be judged from the perspective of a reasonable officer on the scene. *Id.* The test of reasonableness requires: careful attention to the facts and circumstances of each

particular case, including the severity of the crime at issue, whether the subject poses an immediate threat to the safety of the officers or others, and whether he is actively resisting arrest or attempting to evade arrest by flight." *Graham*, 490 U.S. at 396, 109 S.Ct. at 1872. Whether Manuel Alvarez was booked or charged with battery or any other crime, including resisting arrest, is relevant to Officer Troy Wasson's perspective at the time of the incident. Officer Wasson stated in his deposition that Jeremy Wasson was booked for battery, but that Manuel Alvarez was not. Manuel Alvarez was never taken to the police station that night. Mr. Alvarez was not taken to the police station either before or after he was released. Apparently, Troy Wasson did not think that Manuel Alvarez's conduct was serious enough to book him or charge him with battery. Therefore, this evidence should be presented to the jury.

    2.    No objection.

**s/ Jamie L. Bas**

Jamie L. Bas Bar Number: 6277169
Attorney for Plaintiff
George Ripplinger and Associates
2215 W. Main Street
Belleville, IL 62226-6692
(618) 234-2440
FAX: (618) 234-6728
jamie@ripplingerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the  5th  of December, 2005, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

John F. Martin
Meachum & Martin
110 N. Vermilion
Danville, IL 61832

**s/ Jamie L. Bas**
Jamie L. Bas Bar Number: 6277169
Attorney for Plaintiff
George Ripplinger and Associates
2215 W. Main Street
Belleville, IL 62226-6692
(618) 234-2440
FAX: (618) 234-6728
jamie@ripplingerlaw.com
