UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MANUEL ALVAREZ, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 04-2162 |
| | ) | |
| OFFICER TROY WASSON, badge number 347, | ) ) | |
| | ) | |
| Defendant. | ) | |

## PRE-TRIAL ORDER

This matter having come before the Court at a pre-trial conference held pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.1; and Jamie L. Bas and George R. Ripplinger having appeared as counsel for the Plaintiff, Manuel Alvarez, and John Martin having appeared as counsel for defendant, Officer Troy Wasson, the following action was taken:

### I. NATURE OF THE CASE

In this action the Plaintiff alleges that the Defendant violated the Plaintiff's civil rights, specifically the right to be free from unlawful use of force durng an arrest, and that as a result the Plaintiff sustained damages. Jurisdiction of the Court is invoked under the Constitution of the United States. Defendant denies he violated the Plaintiff's civil rights. Jurisdiction of the Court is not disputed.

### II. JOINT STATEMENT

A.   JURISDICTION

The jurisdiction of this Court is invoked pursuant to 28 USC 1331 and 1367. Jurisdiction is not contested.

B.   UNCONTESTED ISSUES OF FACT

1.   On September 12, 2003, Jeremy Fleming was arrived at Manuel Alvarez's house at approximately 6:00 p.m. and they each drank about twelve beers.

2.   Sometime that evening, Tiffany Dill arrived at Manuel Alvarez's house.

3.   Sometime after midnight, Jeremy Fleming and Manuel Alvarez got into an altercation, in which Jeremy Fleming struck Manuel Alvarez over the head with a beer bottle.

4.   After midnight on September 13, 2003, Troy Wasson and Joseph Blew responded to a 911 call made by Tiffany Dill and went to Manuel Alvarez's residence.

5.   Troy Wasson saw Manuel Alvarez holding a piece of aluminum in his hand and ordered everyone to get on the ground.

6.   Manuel Alvarez did not respond to Wassson's command and as result, Troy Wasson deployed his taser gun and tasered Manuel Alvarez.

7.   Officer Wasson again ordered Manuel Alvarez to get on the ground but he did not and Wasson again activated the taser.

8.   At some point, Manuel Alvarez dropped the piece of aluminum.

9.   Troy Wasson approached Manuel Alvarez and Manuel Alvarez took one step toward Troy Wasson with his hands clenched at his sides.

10.   Troy Wasson then kicked Manuel Alvarez in the pelvic area.

11   Manuel Alvarez's bladder ruptured and he required medical treatment.

12.   Manuel Alvarez incurred medical bills in the amount of $26,236.72.


C.   CONTESTED ISSUES OF FACT
     (Plaintiff submits the following as contested issues of fact:)

1. Whether Manuel Alvarez exhibited a threat to Troy Wasson or Joseph Blew at the time that Troy Wasson kicked Manuel Alvarez.

2. Whether Troy Wasson used unreasonable force when he kicked Manuel Alvarez.

3. Whether Troy Wasson used unreasonable force when he kicked Manuel Alvarez in the bladder.

4. Whether Troy Wasson used unreasonable force in arresting Manuel Alvarez.

5. Whether Troy Wasson caused Manuel Alvarez's bladder to rupture when he kicked him.

(Defendant objects to numbers 2 and 3 as repetitive of and included in number 3. Defendant submits the following as a contested issue of fact:)

1. What damages, if any, were sustained by Plaintiff by Defendant's conduct.

2. Did Defendant commit battery on Plaintiff.

D.    CONTESTED ISSUES OF LAW

Plaintiff does not believe that there are any contested issues of law.

(Defendant submits the following are contested issues of law:)

1. Whether the Defendant is immune from suit because of qualified immunity.

2. Whether Defendant used reasonable force in arresting Plaintiff.

3. Whether punitive damages are recoverable.

E.    JURY DEMAND

Plaintiff demands a six person jury.

F.  STIPULATIONS

1.  The parties are not calling expert witnesses.

2.  A medical summary of the providers and amount of bills will be given to the jury.

### III.   PLAINTIFF'S STATEMENT

A.  ITEMIZED STATEMENT OF DAMAGES

Plaintiff is seeking damages for medical expenses, pain and suffering, loss of a normal life, and punitive damages.

Medical expenses:       $26,236.72
Pain and suffering:
Loss of a normal life:
Punitive damages:

### IV.   WAIVER OF CLAIMS OR DEFENSES

There have been no waiver of claims or defenses.

### V.   EXHIBITS

See attached Form.

### VI.   GENERAL ADDITIONAL

The following additional action was taken:

IT IS UNDERSTOOD BY THE PARTIES THAT:

Any Motions in limine shall be submitted no later than fourteen (14) days prior to the commencement of the trial.

(Defendant requests motions in limine be filed by December 2, 2005.)

A party may supplement a list of witnesses or exhibits only upon good cause shown in a motion filed and served upon the other parties prior to trial; except that, upon the development of testimony fairly shown to be unexpected, any party may with leave of court, call such contrary witnesses or use such exhibits as may be necessary to counter the unexpected evidence, although not previously listed, and without prior notice of any other party.

It is mutually estimated that the length of trial will not exceed 3 full days. The case will be listed on the trial calendar to be tried when reached.

This pre-trial order may be modified at the trial of the action, or prior thereto, to prevent manifest injustice. Such modification may be made either on motion of counsel for any party or on the Court's own motion.

Any additional proposed jury instructions shall be submitted to the Court within five days before the commencement of the trial, but there is reserved to counsel for the respective parties the right to submit supplemental proposals for instructions during the course of the trial or at the conclusion of the evidence on matters that could not reasonably have been anticipated.

s/ Harold A. Baker
JUDGE

ENTERED: December 6, 2005

APPROVED AS TO FORM AND SUBSTANCE:

_____
Attorney for the Plaintiff

_____
Attorney for the Defendant

# DUE TO PRIVACY ISSUES THE WITNESS LISTS HAVE BEEN REMOVED FROM THE FINAL PRETRIAL ORDER.

# THE WITNESS LISTS WILL BE MAILED CONVENTIONALLY TO ATTORNEYS OF RECORD AND/OR PRO SE PARTIES.

# EXHIBIT LIST FOR PLAINTIFF

Case Name: Alvarez v. Wasson        Case No.: 04-2162        Page 1 of 3

| No. | Description | Admit w/o Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 1. | Aluminum Door Kick Plate | x | | |
| 2. | Danville Police Department Report and Supplemental Report Form | x | | |
| 3. | PPCT Defensive Tactics Student Manual 6-4 | x | | |
| 4. | PPCT Defensive Tactics Student Manual 6-14 | x | | |
| 5. | Statute 720 ILCS 5/7-5 Use of Force | | | x |
| 6. | Medical records from Medix Ambulance Service | x | | |
| 7. | Medical records from Dr. Gossman c/o Provena United Samaritans Excel Emergency Care | x | | |
| 8. | Medical records from Provena United Samaritans Medical for 9/13/03 | x | | |
| 9. | Medical records from Provena United Samaritans Medical for 9/14/03-9/19/03 | x | | |
| 10. | Medical records from Dr. Miquel Ochoa | x | | |
| 11. | Medical bill from Medix Ambulance Service | x | | |
| 12. | Medical bill from Dr. William Gossman | x | | |

Case Name: Alvarez v. Wasson  Case No.: 04-2162  Page 2 of 3

| No. | Description | Admit w/o Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 13. | Medical bill from United Radiology Services | x | | |
| 14. | Medical bill from CVS | x | | |
| 15. | Medical bill from Dr. Brijnandan Sodhi | x | | |
| 16. | Medical bill from Provena United Samaritans Medical Center for 9/13/03 | x | | |
| 17. | Medical bill from Provena United Samaritans Medical Center for 9/14/03 – 9/19/03 | x | | |
| 18. | Medical bill from Premier Anesthesia of Danville | x | | |
| 19. | Medical bill from Dr. Miquel Ochoa | x | | |
| 20. | Medical bill from Dr. Edward Farkas c/o Clinical Pathology Associates | x | | |
| 21. | Medical summary of providers and bills | x | | |
| 22. | Deposition of Troy Wasson | | x | |
| 23. | Deposition of Joseph Blew | | x | |
| 24. | Deposition of Jane McFadden | | x | |
| 25. | Deposition of Phil Wilson | | x | |
| 26. | Deposition of Dr. Miquel Ochoa | | x | |
| 27. | Deposition of Manuel Alvarez | | x | |

Case Name: Alvarez v. Wasson    Case No.: 04-2162    Page 3 of 3

| No. Description | Admit w/o Objection | Authentication Waived | Objection |
|---|---|---|---|
| 28. Illustration of Bladder, Side View, Male | | x | |
| 29. Illustration of Bladder, Front View, Male | | x | |

# EXHIBIT LIST FOR DEFENDANT

Case Name: Alvarez v. Wasson     Case No.: 04-2162     Page 1 of 1

| No. Description | Admit w/o Objection | Authentication Waived | Objection |
|---|---|---|---|
| 1. 911 Audiotape of 9/13/03 | x | | |
| 2. Transcript of Audiotape | x | | |
| 3. Photo of Plaintiff | | | x |
| 4. Photo of Plaintiff | | | x |
| 5. Photo of Plaintiff | | | x |
| 6. PPCT Def. Tactics Manual 6-15 | x | | |
| 7. Portions of Plaintiff's deposition | | x | |