UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MANUEL ALVAREZ, SR.,          )
                              )
    Plaintiff,                )
                              )
-vs-                          )
                              )
OFFICER T. WASSON, badge #    )
347,                          )          NO.  04-2162
                              )
    Defendants                )

**DEFENDANT'S RENEWED MOTION FOR**
**JUDGMENT AS A MATTER OF LAW ON COUNT I**
**OF THE COMPLAINT (BATTERY)**

Now comes the Defendant, OFFICER TROY WASSON, by John F. Martin of Meachum & Martin, and pursuant to Federal Rule of Civil Procedure 50 renews his motion for the Court to enter judgment as a matter of law in favor of the Defendant and against the Plaintiff on Count I of the Complaint which alleges a theory of battery against the Defendant.

                                                    s/ John F. Martin
                                                    Attorney for Defendant
                                                    Meachum & Martin
                                                    110 N. Vermilion
                                                    Danville, IL  61832
                                                    Telephone:  (217)442-1390
                                                    Fax:  (217)442-2042
                                                    E-mail:  jfmartin2@aol.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Jamie Bas and George Ripplinger.

                                        s/ John F. Martin  
                                        Attorney for Defendant  
                                        Meachum & Martin  
                                        110 N. Vermilion  
                                        Danville, IL  61832  
                                        Telephone:  (217)442-1390  
                                        Fax:  (217)442-2042  
                                        E-mail:  jfmartin2@aol.com