Pla's

Refused 12/12/05

The parties have stipulated, or agreed, that Manuel Alvarez became obligated for certain medical bills. You must now treat this fact as having been proved for the purpose of this case.

Non-IPI, 7th Cir. 2.05, Stipulations of Fact
Plaintiff's Tendered Instruction No. __18__
Given _____
Given over objection _____
Refused _____
Withdrawn _____

*Refused 12/13/05*

    The parties agree that the medical summary in evidence accurately summarize the contents of documents, records, or books. You should consider these summaries just like all of the other evidence in the case.

Non-IPI, 7th Cir. 2.12, Summaries of Records as Evidence
Plaintiff's Tendered Instruction No. __19__
Given _____
Given over objection _____
Refused _____
Withdrawn_____

*Refused 12/13/05*

    You have heard evidence about whether Troy Wasson's conduct violated Illinois statute 720 ILCS 5/7-5. You may consider this evidence in your deliberations. But remember that the issue is whether Troy Wasson used excessive force on Manuel Alvarez not whether 720 ILCS 5/7-5 might have been violated.

Non-IPI, 7th Cir. 7.04, Limiting Instruction Concerning Evidence of Statutes, Administrative Rules, Regulations, and Policies
Plaintiff's Tendered Instruction No. __21__
Given _____
Given over objection _____
Refused _____
Withdrawn_____

Refused 12/13/08

*IPI 45.02A* (Modified) Single Plaintiff and Defendant—No contributory Negligence Pleaded
Plaintiff's Tendered Instruction No. __34__
 Given _____
  Given over objection _____
  Refused _____
  Withdrawn_____

*Refused 12/13/06*

    You will recall that during the course of this trial I instructed you that I admitted photographs of Manuel Alvarez for a limited purpose. You must consider this evidence only for the limited purpose for which it was admitted.

Non-IPI, 7th Cir. 1.09, Limited Purpose of Evidence
Plaintiff's Tendered Instruction No. __40__
Given _____
Given over objection _____
Refused _____
Withdrawn_____

Refused 12/13/06

You may consider statements given by a party or witness under oath before trial as evidence of the truth of what he said in the earlier statements, as well as in deciding what weight to give his testimony.

With respect to other witnesses, the law is different. If you decide that, before the trial, one of these witnesses made a statement not under oath that is inconsistent with his testimony here in court, you may consider the earlier statement only in deciding whether his testimony here in court was true and what weight to give to his testimony here in court.

In considering a prior inconsistent statement, you should consider whether it was simply an innocent error or an intentional falsehood and whether it concerns an important fact or an unimportant detail.

Non-IPI, 7th Cir. 1.14, Prior Inconsistent Statements
Plaintiff's Tendered Instruction No. _____
Given _____
Given over objection _____
Refused _____
Withdrawn_____

Refused
12/13/05

You must decide whether Troy Wasson's use of force was unreasonable from the perspective of a reasonable officer facing the same circumstances that Troy Wasson faced. You must make this decision based on what the officer knew at the time of the arrest, not based on what you know now. In deciding whether Troy Wasson's use of force was unreasonable, you must not consider whether Troy Wasson's intentions were good or bad.

In performing his job, an officer can use force that is reasonably necessary under the circumstances.

Non-IPI, 7th Cir. 7.09, Fourth Amendment/Fourteenth Amendment
Excessive Force-Definition of "Unreasonable"
Plaintiff's Tendered Instruction No. __24__
Given _____
Given over objection _____
Refused _____
Withdrawn_____

*Refused 12/13/05*

You may have heard the phrases "direct evidence" and "circumstantial evidence." Direct evidence is proof that does not require an inference, such as the testimony of someone who claims to have personal knowledge of a fact. Circumstantial evidence is proof of a fact, or a series of facts, that tends to show that some other fact is true.

As an example, direct evidence that it is raining is testimony from a the witness who says, "I was outside a minute ago and I saw it raining." Circumstantial evidence that it is raining is the observation of someone entering a room carrying a wet umbrella.

The law makes no distinction between the weight to be given to either direct or circumstantial evidence. You should decide how much weight to give to any evidence. In reaching your verdict, you should consider all the evidence in the case, including the circumstantial evidence.

Non-IPI, 7th Cir. 1.12, Definition of "Direct" and "Circumstantial" Evidence
Plaintiff's Tendered Instruction No. __6__
Given _____
Given over objection _____
Refused _____
Withdrawn_____

Refused 12/13/05

In this case, Manuel Alvarez claims that Troy Wasson used excessive force against him. To succeed on this claim, Manuel Alvarez must prove each of the following things by a preponderance of the evidence:

1. Troy Wasson used unreasonable force against Manuel Alvarez;

2. Because of Troy Wasson's unreasonable force, Manuel Alvarez was harmed;

If you find that Manuel Alvarez has proved each of these things by a preponderance of the evidence, then you should find for Manuel Alvarez, and go on to consider the question of damages.

If, on the other hand, you find that Manuel Alvarez did not prove any one of these things by a preponderance of the evidence, then you should find for Troy Wasson, and you will not consider the question of damages.

Non-IPI, 7th Cir. 7.08, Fourth Amendment/Fourteenth Amendment: Excessive Force Against Arrestee or Pretrial Detainee-Elements
Manuel Alvarez's Tendered Instruction No. __22__
Given _____
Given over objection _____
Refused _____
Withdrawn_____

*Refused*
*HAB*
*12/*

When I use the expression "proximate cause" I mean any cause, which, in natural or probable sequence, produced the injury complained of. It need not be the only cause, nor the last or nearest cause. It is sufficient if it concurs with some other cause acting at the same time, which in combination with it, causes the injury.

IPI, 15.01, Proximate Cause-Definition
Plaintiff's Tendered Instruction No. __31__
Given _____
Given over objection _____
Refused _____
Withdrawn_____