E-FILED
Wednesday, 14 December, 2005 12:10:40 PM
Clerk, U.S. District Court, ILCD

If you find in favor of the defendant and against the plaintiff, you shall say:

We, the jury, find in favor of the defendant and against the plaintiff.

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Presiding Juror
Presiding Juror

FILED
DEC 13 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS