# United States District Court

**Central** DISTRICT OF **Illinois**

Manuel Alvarez v. Troy Wesson

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 04-2162

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Harold A Baker | Jamie Bas & George Ripplinger | Jack Martin |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Dec. 12 | Toni Judd | Karen Wynn |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/12/05 | ✓ | ✓ | Aluminum Door Kick Plate |
| 2 | | " | ✓ | ✓ | Copies of police report |
| 3 | | " | ✓ | ✓ | PPCT Defensive Tactics - Student Manual - 6-4 |
| 4 | | " | ✓ | ✓ | PPCT Defensive Tactics - Student Manual - 6-14 |
| 5 | | not admitted | | | Statue 720 ILCS 5/7-5 Use of Force |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | 12/13/05 | ✓ | ✓ | Medical records from United Samaritans for 9/13/03 |
| 10 | | 12/13/05 | ✓ | ✓ | Medical records from Dr. Miguel Ochoa |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | 12/12/05 | ✓ | ✓ | Medical bill from United Radiology |
| 14 | | " | ✓ | ✓ | Medical bill from CVS |
| 15 | | " | ✓ | ✓ | Medical bill Dr. Sodhi |
| 16 | | | | | |
| 17 | | 12/12/05 | ✓ | ✓ | Medical bill United Samaritan |
| 18 | | " | ✓ | ✓ | Medical bill Premier Anthem |
| 19 | | " | ✓ | ✓ | Medical bill Dr. Ochoa |
| 20 | | " | ✓ | ✓ | Medical Dr. Farkas c/o Clinical |
| 21 | | " | ✓ | ✓ | Medical Summary of providers bills |
| 22 | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | 12/13/05 | | not admitted | Illustration of Bladder, Side View, Male |
| 29 | | 12/13/05 | | admitted | Illustration of Bladder, Front View, Male |

Page ___ of _____ Pages