AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**Central** DISTRICT OF **Illinois**

Manuel Alvarez v. Troy Wasson

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 04-2162

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Harold A Baker | Jamie Bass / George Ripperger | Jack Martin |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| Dec. 12 | Toni Judd | Karen Wynn |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|   | 1 | 12/13/05 | ✓ | ✓ | 911 Audiotape of 9/13/03  withdrew |
|   | 2 | 12/13/05 | ✓ | ✓ | Transcript of Audiotape withdrew |
|   | 3 | 12/13/05 | ✓ | ✓ | Photo of plaintiff |
|   | 4 | 12/13/05 | ✓ | ✓ | Photo of plaintiff |
|   | 5 | 12/13/05 | ✓ | ✓ | Photo of plaintiff |
|   | 6 | 12/13/05 | ✓ | ✓ | PPCT Def Tactics Manual 6-15 |
|   | 7 | not admitted |   |   | Portions of Plaintiff's deposition |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages