AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**MAUEL ALVAREZ, SR.,**
**Plaintiff,**

vs.                                                                   Case Number:   **04-2162**

**TROY WASSON,**
**Defendant.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendant Troy Wasson and against the plaintiff Manuel Alvarez, Sr.  The parties are to bear their own costs.

ENTER this 14th day of December, 2005.

s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK

s/K. Wynn
BY:  DEPUTY CLERK