**E-FILED**
Wednesday, 14 December 2005 01:12:20 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MANUEL ALVAREZ, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 04-2162 |
| | ) |
| OFFICER TROY WASSON, badge number 347, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## Jury Verdict Form A

We, the jury, find for Manuel Alvarez and against Troy Wasson:

We assess the damages in the sum of $_____, itemized as follows:

For the reasonable expense of necessary          $_____
medical care, treatment, and services received.

For the loss of a normal life experienced        $_____

For the pain and suffering experienced as a      $_____
result of the injuries.

For punitive damages.                            $_____

_____        _____

_____        _____

_____        _____

_____        _____

_____
Presiding Juror


SCANNED
DATE:/2/14/05 BY:

*Liven*
*7 PM*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MANUEL ALVAREZ, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 04-2162 |
| | ) |
| OFFICER TROY WASSON, badge | ) |
| number 347, | ) |
| | ) |
| Defendant. | ) |

## Jury Verdict Form B

We, the jury, find for Troy Wasson and against Manuel Alvarez:

_____          _____

_____          _____

_____          _____

_____          _____

_____
Presiding Juror

*IPI 45.02A* (Modified) Single Plaintiff and Defendant—No contributory Negligence
Pleaded

Plaintiff's Tendered Instruction No. __35___

Given _____

Given over objection _____

When I use the expression "loss of a normal life", I mean the temporary or permanent diminished ability to enjoy life. This includes a person's inability to pursue the pleasurable aspects of life.

IPI, 30.04.02, Loss of a Normal Life--Definition
Plaintiff's Tendered Instruction No. __28__
Given _____
Given over objection _____
Refused _____
Withdrawn_____