E-FILED
Wednesday, 14 December, 2005  03:13:29 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MANUEL ALVAREZ, SR., | ) | |
| | ) | |
| Plaintiff, | ) | 04-2162 |
| | ) | |
| v. | ) | |
| | ) | |
| TROY WASSON, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ON DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW ON THE CLAIM OF LIABILITY BASED UPON ILLINOIS LAW OF BATTERY

The defendant has renewed his motion for judgment as a matter of law, made at the close of all the evidence, on the issue of battery under Illinois law. The court severed that claim from the trial in the case on the basis that the outcome of the trial on the constitutional tort issue would effectively dispose of the state claim and the claimed damages in either case would not change.

The jury having resolved the constitutional case in the defendant's favor, finding that the defendant's use of force against the plaintiff, as a police officer in the course of his duties, was objectively reasonable, and not a violation of the plaintiff's constitutional rights, it follows *a fortiori* that the defendant cannot be liable to the plaintiff for battery under Illinois law.

Accordingly, the clerk is directed to enter judgment in favor of the defendant and against the plaintiff on the plaintiff's claim of battery under Illinois law.

Enter this 14th day of December 2005.

s\Harold A. Baker
_____
Harold A. Baker
United States District Judge