AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Wednesday, 14 December, 2005  03:26:20 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## AMENDED **JUDGMENT IN A CIVIL CASE**

**MANUEL ALVAREZ, SR.,**
**Plaintiff,**

vs.                                                                 Case Number:  **04-2162**

**TROY WASSON,**
**Defendant.**

    **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendant Troy Wasson and against the plaintiff Manuel Alvarez, Sr.  The parties are to bear their own costs.

    **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendant Troy Wasson and against the plaintiff Manuel Alvarez on the plaintiff's claim of battery under Illinois law.

ENTER this 14th day of December, 2005.

s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK

s/K. Wynn
BY:  DEPUTY CLERK