UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MANUEL ALVAREZ, SR., )
)
    Plaintiff, )
)
vs. ) CASE NO. 04-2162
)
OFFICER TROY WASSON, badge )
number 347, )
)
    Defendant. )

## PLAINTIFF'S COUNSEL AFFIDAVIT IN SUPPORT OF MOTION FOR A NEW TRIAL

I, George R. Ripplinger, being first duly sworn on oath, depose and state that:

1. I was one of the attorneys of record at the trial in the above captioned manner in the Central District of Illinois before Judge Harold Baker which took place on December 12, 2005 and December 13, 2005.

2. After the attorneys gave their closing statements on December 13, 2005, Judge Baker read the jury instructions to the jury.

3. The Court did not read the jury instruction on page #11 regarding prior inconsistent statements to the jury.

4. I brought this to the Court's attention, but I was first told that the Court refused the instruction and then was told outside of the presence of the jury that it had been read.

5. After reading the transcript, it is clear that the #11 jury instruction regarding prior inconsistent statements was not read to the jury when it should have been.



6.   Following Court's reading of the burden of proof jury instruction on page #14 I remember the Court interjected something to the effect that plaintiff proved that "It seems clear that Defendant kicked Plaintiff and injured him but proving that the conduct violated the Plaintiff's constitutional rights may be more difficult."

7.   The personal opinion the Court made while reading this jury instruction is inexplicably missing from the court transcript.

/s/ George R. Ripplinger
George R. Ripplinger

Subscribed and sworn to before me a Notary Public on this 23rd day of December, 2005.


/s/ Amanda Isom
NOTARY PUBLIC


**GEORGE RIPPLINGER AND ASSOCIATES**
2215 West Main Street
Belleville, IL 62226
618-234-2440
Fax: 618-234-6728