UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MANUEL ALVAREZ, SR.,             )
                                 )
     Plaintiff,                  )
                                 )
-vs-                             )
                                 )
OFFICER T. WASSON, badge         )
number 347,                      )    NO.  04-2162
                                 )
     Defendant.                  )

**DEFENDANT'S RESPONSE
TO PLAINTIFF'S MOTION FOR NEW TRIAL**

Now comes the Defendant, OFFICER TROY WASSON, by John F. Martin of Meachum & Martin, his attorney, and requests the Court to deny the Plaintiff's Motion for New Trial and in support thereof states:

RE:  JURY INSTRUCTION PAGE 11

1.  The jury instruction at page 11 was included in the instructions given to the jury in printed form, and all ten jurors each had their own copy.  As such the instructions to the jury complied with the requirements of the Federal Rules of Civil Procedure, including FRCP 50.

2.  The content of the instruction at page 11 of Plaintiff's Exhibit A was covered by another longer instruction at page 5 which included the following language:

> Part of your job as jurors is to decide how
> credible or believable each witness was.
>            *   *   *
> 6.  Ask yourself if the witness testified
> inconsistently while on the witness stand,
> or if the witness said or did something,

>       or failed to say or do something, at any
>       other time that is inconsistent with what
>       the witness said while testifying.  If you
>       believe that the witness was inconsistent,
>       ask yourself if this makes the witness'
>       testimony less believable.  Sometimes it
>       may; other times it may not.  Consider
>       whether the inconsistency was about something
>       important, or about some unimportant detail.
>       Ask yourself if it seemed like an innocent
>       mistake, or if it seemed deliberate.

(Motion Exhibit A, p. 5)

3. The error, if any, in not reading aloud the one instruction to the jury is harmless error, particularly where the material was covered by another instruction, and each juror was provided with a complete set of jury instructions to take with them to the jury room.

4. Plaintiff did not make a contemporaneous objection to preserve this issue. (See pages 7 and 17 of Motion Exhibit B). <u>Carter v. Moore</u>, 165 F. 3d 1071 (7th Cir. 1998).

<u>ALLEGED COMMENT BY THE COURT</u>

5. The trial transcript does not contain the statement by the Court that Attorney Ripplinger alleges was made. (Motion Exhibit B; Motion Exhibit C, para. 6).

6. Defendant's counsel, John F. Martin, did not hear any comment from the Court such as that described by Attorney Ripplinger in his affidavit. (See Affidavit of John F. Martin attached to this response).

7. In addition, Attorney Ripplinger and Attorney Martin discussed this alleged statement in a phone call between them on December 21, 2005. Attorney Martin asked what Attorney Ripplinger's partner, Attorney Jamie Bas, recalled since she was

sitting next to Attorney Ripplinger at their counsel table during the reading of the jury instructions and throughout the trial. Attorney Ripplinger responded that Jamie Bas said she did not recall hearing the alleged statement. (Affidavit of John F. Martin).

    8.  Defendant does not dispute the law cited in Plaintiff's motion. Here, however, the facts do not support Plaintiff's assertion.

    WHEREFORE, Defendant Officer Troy Wasson requests that the Motion for New Trial be denied.

```
                              s/ John F. Martin
                              Attorney for Defendant
                              Meachum & Martin
                              110 N. Vermilion
                              Danville, IL  61832
                              Telephone:  (217)442-1390
                              Fax:  (217)442-2042
                              E-mail:  jfmartin2@aol.com
```

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: George Ripplinger and Jamie Bas.

```
                              s/ John F. Martin
                              Attorney for Defendant
                              Meachum & Martin
                              110 N. Vermilion
                              Danville, IL  61832
                              Telephone:  (217)442-1390
                              Fax:  (217)442-2042
                              E-mail:  jfmartin2@aol.com
```