```
              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF ILLINOIS


MANUEL ALVAREZ, SR.,          )
                              )
     Plaintiff,               )
                              )
-vs-                          )
                              )
OFFICER T. WASSON, badge      )
number 347,                   )    NO.  04-2162
                              )
     Defendant.               )
```

### AFFIDAVIT OF JOHN F. MARTIN, COUNSEL FOR DEFENDANT

John F. Martin being first duly sworn on oath states:

1.  I was the Defendant's attorney of record in this case and attended the trial in the United States District Court for the Central District of Illinois on December 12 and December 13, 2005.

2.  I have read Attorney Ripplinger's Affidavit filed in support of the Plaintiff's Motion for a New Trial (Motion Exhibit C).

3.  Contrary to the assertion in paragraph 6 of Attorney Ripplinger's Affidavit, I did not hear the comment described or any comment like it from the Court following the reading of the burden of proof instruction or while the jury was being instructed.

4.  On December 21, 2005, I returned a telephone call to Attorney Ripplinger and during that conversation the topic of this alleged statement was discussed.  I asked Attorney Ripplinger what his partner, Jamie Bas, recalled since she was sitting next to Attorney Ripplinger at the counsel table and throughout the trial.  Attorney Ripplinger stated that Jamie Bas stated she did not recall hearing the alleged statement.

                                  s/JOHN F. MARTIN

Subscribed and sworn to before me this 5th day of January, 2006.

                                  s/Carla Boyer
                                  Notary Public

## CERTIFICATE OF SERVICE

    I hereby certify that on January 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  George Ripplinger and Jamie Bas.

                              s/ John F. Martin
                              Attorney for Defendant
                              Meachum & Martin
                              110 N. Vermilion
                              Danville, IL  61832
                              Telephone:  (217)442-1390
                              Fax:  (217)442-2042
                              E-mail:  jfmartin2@aol.com