# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MANUEL ALVAREZ, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 04-2162 |
| | ) |
| OFFICER TROY WASSON, badge number 347, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR A NEW TRIAL

NOW COMES the plaintiff, Manuel Alvarez, by his attorneys, Ripplinger & Zimmer, LLC, and in reply to Defendant's Response to Plaintiff's Motion for a New Trial states:

1.  After the Court failed to read the jury instruction regarding prior inconsistent statements on page 11, George Ripplinger brought this to the attention of the Court and was told that it had been read to the jury. *See Exhibit "B", p. 11 and 17 attached to Plaintiff's Motion for New Trial*. Defendant argued in his Response that Plaintiff did not raise an objection to the missing instruction. However, Plaintiff did raise this matter with the Court.

2.  Defendant stated in his Response that George Ripplinger represented to him that Jamie Bas did not here the Court interject a personal opinion on the

1

merits of the case.  Again, this is incorrect.  George Ripplinger told Jack Martin that Jamie Bas remembered hearing a statement by the Court during jury instructions, not included in the instructions, but did not remember exactly what was said.  *See Affidavit attached as Exhibit "A".*

    WHEREFORE, Plaintiff, Manuel Alvarez, Sr., through his attorneys, Ripplinger & Zimmer, LLC, moves this Court for a new trial.

                                        **s/ George R. Ripplinger**

George R. Ripplinger Number: 02343797
Attorney for Plaintiff
Ripplinger & Zimmer, LLC
2215 W. Main Street
Belleville, IL 62226-6692
(618) 234-2440
FAX:  (618) 234-6728
george@ripplingerlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the  6th  of January, 2006, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

John F. Martin
Meachum & Martin
110 N. Vermilion
Danville, IL 61832

**s/ George R. Ripplinger**

George R. Ripplinger Number: 02343797
Attorney for Plaintiff
Ripplinger & Zimmer, LLC
2215 W. Main Street
Belleville, IL 62226-6692
(618) 234-2440
FAX: (618) 234-6728
george@ripplingerlaw.com