UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MANUEL ALVAREZ, SR., )
)
Plaintiff, )
)
vs. ) CASE NO. 04-2162
)
OFFICER TROY WASSON, badge )
number 347, )
)
Defendant. )

## PLAINTIFF'S COUNSEL AFFIDAVIT IN SUPPORT OF REPLY TO DEFENANT'S RESPONSE TO PLAINTIFF'S MOTION FOR A NEW TRIAL

I, George R. Ripplinger, being first duly sworn on oath, depose and state that:

1. I was one of the attorneys of record at the trial in the above captioned manner in the Central District of Illinois before Judge Harold Baker which took place on December 12, 2005 and December 13, 2005.

2. On December 21, 2005, I had a conversation with Jack Martin in which I told him that the other attorney on the case, Jamie Bas, heard the Court interject a statement during the jury instruction, not included within the instructions, but that she did not remember exactly what was said.

3. I did not tell Jack Martin that Jamie Bas did not hear the Court make a statement outside the instructions.

/s/ George R. Ripplinger
George R. Ripplinger

Subscribed and sworn to before me a Notary Public on this 6th day of January, 2006.

PLAINTIFF'S EXHIBIT A

/s/ Amanda Isom
NOTARY PUBLIC

**RIPPLINGER & ZIMMER, LLC**
2215 West Main Street
Belleville, IL 62226
618-234-2440
Fax: 618-234-6728