E-FILED
Tuesday, 10 January, 2006  03:02:24 PM
Clerk, U.S. District Court, ILCD

s/ John F. Martin
Attorney for Defendant
Meachum & Martin
110 N. Vermilion
Danville, IL  61832
Telephone:  (217)442-1390
Fax:  (217)442-2042
E-mail:  jfmartin2@aol.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Jamie Bas and George Ripplinger.

s/ John F. Martin
Attorney for Defendant
Meachum & Martin
110 N. Vermilion
Danville, IL  61832
Telephone:  (217)442-1390
Fax:  (217)442-2042
E-mail:  jfmartin2@aol.com