

Area Wide Reporting Service
(Paulson Reporters, Ltd.)
301 W. White
Champaign, Illinois 61820
(217) 356-5119
1-800-747-6789
**Tax I.D. #37-1191539**

INVOICE:  # 77074
DATE:     6/30/05

Mr. John F. Martin, Attorney
Meachum & Martin
110 North Vermilion
Danville IL 61832

Case Name: Alvarez v. City of Danville          Case # 04-2162

| Date | Name | Service | Quantity | Amount |
|---|---|---|---|---|
| 6/10/05 |  | Attendance | 1 hour | $35.00 |
|  | Manuel Alvarez | Transcript (orig) | 48 pages | $132.00 |
|  | Troy Wasson | Transcript (copy) | 91 pages | $136.50 |
|  | Joseph Blew | Transcript (copy) | 48 pages | $72.00 |

Thank You For Choosing Area Wide Reporting Service    **BALANCE DUE**  $375.50
TERMS NET 30 DAYS
Accounts over 45 days are subject to service charges, 12% per year
PLEASE RETURN YELLOW COPY WITH PAYMENT



Area Wide Reporting Service
(Paulson Reporters, Ltd.)
301 W. White
Champaign, Illinois 61820
(217) 356-5119
1-800-747-6789
**Tax I.D. #37-1191539**

INVOICE:  # 77869
DATE:     9/7/05

Mr. John F. Martin, Attorney
Meachum & Martin
110 North Vermilion
Danville IL 61832

Case Name: Alvarez v. City of Danville            Case # 04-2162

| Date | Name | Description | Pages | Amount |
|---|---|---|---|---|
| 8/25/05 | Phillip Wilson | Transcript (copy) | 17 pages | $28.05 |
|  | Jane McFadden | Transcript (copy) | 27 pages | $44.55 |

Thank You For Choosing Area Wide Reporting Service
TERMS NET 30 DAYS
Accounts over 45 days are subject to service charges, 12% per year
PLEASE RETURN YELLOW COPY WITH PAYMENT

**BALANCE DUE    $72.60**



Area Wide Reporting Service
(Paulson Reporters, Ltd.)
301 W. White
Champaign, Illinois 61820
(217) 356-5119
1-800-747-6789

**Tax I.D. #37-1191539**

INVOICE: # 77906
DATE:    9/9/05

Mr. John F. Martin, Attorney
Meachum & Martin
110 North Vermilion
Danville IL 61832

Case Name: Alvarez v. City of Danville                    Case # 04-2162

| Date | Name | Description | Pages | Amount |
|---|---|---|---|---|
| 8/18/05 | Miguel Ochoa | Transcript (copy) | 23 pages | $37.95 |
| 9/9/05 |  | Exhibit Copies | 97 pages | $14.55 |

Thank You For Choosing Area Wide Reporting Service
TERMS NET 30 DAYS
Accounts over 45 days are subject to service charges, 12% per year
PLEASE RETURN YELLOW COPY WITH PAYMENT

**BALANCE DUE    $52.50**



Area Wide Reporting Service
(Paulson Reporters, Ltd.)
301 W. White
Champaign, Illinois 61820
(217) 356-5119
1-800-747-6789
**Tax I.D. #37-1191539**

INVOICE: # 78564
DATE:    11/3/05

Mr. John F. Martin, Attorney
Meachum & Martin
110 North Vermilion
Danville IL  61832

Case Name: Alvarez v. City of Danville            Case # 04-2162

| | | | | |
|---|---|---|---|---|
| 10/21/05 | Tiffany Dill | Transcript (copy) | 24 pages | $39.60 |

**Thank You For Choosing Area Wide Reporting Service**        | **BALANCE DUE** | **$39.60** |
TERMS NET 30 DAYS
Accounts over 45 days are subject to service charges, 12% per year
PLEASE RETURN YELLOW COPY WITH PAYMENT

Meachum & Martin
110 N Vermilion St
Danville, IL 61832

```
                    RECEIPT FOR PAYMENT
                    U.S. DISTRICT COURT
                       URBANA DIVISION

                                        U004495
-------------------------------------------------
RECEIVED FROM:
MEACHUM & MARTIN
110 NORTH VERMILION ST
DANVILLE, IL 61832
-------------------------------------------------

Case Number: 04-2162
-------------------------------------------------

F/U/B/O:
Party ID:

Tender Type:            CHECK
06-510000                      $150.00
Notice of Appeal-510000

Remarks:
06-086900                      $105.00
Notice of Appeal-086900

Remarks:check#4030
-------------------------------------------------
         Subtotal:             $255.00



-------------------------------------------------
Receipt Total:                 $255.00
=================================================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

   Date:    11/29/05
   Clerk:-----------------------
                  SPU
```

[signature: Alvarez]

**MEACHUM & MARTIN**
ATTORNEYS AT LAW
110 NORTH VERMILION ST., PH. 217-442-1500
DANVILLE, IL 61832

No. 3867
Date: June 30, 2005

PAY TO THE ORDER OF: Tiffany Dill    $ 30.00

Thirty and 00/100 -------- DOLLARS

⑆003867⑆ ⑆086300012⑆ 396846803⑆

#3867   $30.00   7-19-2005



