E-FILED
Tuesday, 17 January, 2006  01:59:58 PM
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 5/85) Judgment in a Civil Case

Wednesday, 14 December, 2005  12:58:08 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

MAUEL ALVAREZ, SR.,
Plaintiff,

vs.                                                                 Case Number: **04-2162**

TROY WASSON,
Defendant.

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendant Troy Wasson and against the plaintiff Manuel Alvarez, Sr. The parties are to bear their own costs.

ENTER this 14th day of December, 2005.

s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK

s/K. Wynn
BY: DEPUTY CLERK



PLAINTIFF'S EXHIBIT A