**E-FILED**
Tuesday, 17 January, 2006  02:00:30 PM
Clerk, U.S. District Court, ILCD

GEORGE RIPPLINGER & ASSOCIATES
LAWYERS
BELLEVILLE, ILLINOIS

CHECK NO.    013086

13086

*** Twenty One ***                    25/100

PAY                                   Oct 12, 2005        $21.28
Tiffany Dill

GEORGE RIPPLINGER & ASSOCIATES
LAWYERS

Witness Fee & Mileage

⑈013086⑈  ⑆081009628⑇  19690619256⑈    ⑈0000002128⑈

10/21/05        13086        21.28

