E-FILED
Thursday, 19 January, 2006  11:10:30 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MANUEL ALVAREZ, SR., | ) |
| Plaintiff, | ) |
| -vs- | ) |
| OFFICER T. WASSON, badge number 347, | )  NO. 04-2162 |
| Defendant. | ) |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO DEFENDANT'S RULE 54 REQUEST FOR COSTS

Now comes the Defendant, OFFICER TROY WASSON, by John F. Martin of Meachum & Martin, and in response to the Plaintiff's Objections to Defendant's Rule 54 Request for Costs states as follows:

1. Although the Order of 12/14/05 stated that the parties are to bear their own costs, in the event that Plaintiff appeals the judgment in this case, Defendant intends to request that costs are awarded to him. The filing of his Bill of Costs helps to preserve this issue for review.

2. Plaintiff objects to subpoena expenses incurred by Defendant and argues that since the Plaintiff subpoenaed some of these witnesses also that Defendant should not be awarded costs for his subpoenas.

3. The testimony of witnesses which Defendant subpoenaed were important to his case and to insure their testimony at trial the Defendant issued subpoenas which were served on the witnesses. Although Plaintiff may have subpoenaed them also, there is no way Defendant would know whether Plaintiff actually would call them as witnesses or would release them from their subpoenas without testifying. Consequently the subpoena expense incurred by Defendant should be awarded as costs.

4. The $255 filing fee which Defendant paid to the United States District Court was required of Defendant to pursue the earlier appeal and was a necessary expense in defending this case.

5. Federal Rule of Civil Procedure 54(d) provides that "costs other than attorney's fees shall be allowed as of course to the prevailing party unless the Court otherwise directs." Defendant submits that costs should be awarded in this matter.

>s/ John F. Martin
> Attorney for Defendant
> Meachum & Martin
> 110 N. Vermilion
> Danville, IL  61832
> Telephone:  (217)442-1390
> Fax:  (217)442-2042
> E-mail:  jfmartin2@aol.com

## CERTIFICATE OF SERVICE

    I hereby certify that on January 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  George Ripplinger and Jamie Bas.

                                     s/ John F. Martin
                                     Attorney for Defendant
                                     Meachum & Martin
                                     110 N. Vermilion
                                     Danville, IL  61832
                                     Telephone:  (217)442-1390
                                     Fax:  (217)442-2042
                                     E-mail:  jfmartin2@aol.com