UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MANUEL ALVAREZ, SR.,                )
                                    )
    Plaintiff,                      )
                                    )
-vs-                                )
                                    )
OFFICER T. WASSON, badge            )
number 347,                         )   NO. 04-2162
                                    )
    Defendant.                      )

**DEFENDANT'S MOTION FOR COSTS**

Now comes the Defendant, Officer Troy Wasson, by John F. Martin of Meachum & Martin, and requests the Court to award costs in this matter and in support thereof states:

1.  On January 10, 2006, the Defendant filed his Bill of Costs (#64) and costs were taxed by the clerk on 1/10/06 in the amount of $915.20.

2.  On 1/17/06, the Plaintiff filed his objection (#65) to the Bill of Costs and on 1/19/06, Defendant filed his response (#66) requesting costs be awarded.

3.  Although the Court's Order of 12/14/05 (#56) for judgment stated that parties are to bear their own costs, Defendant submits that awarding his costs are appropriate in this case and to the extent necessary requests the Court reconsider its Order.

WHEREFORE, Defendant requests the Court deny Plaintiff's objection to the Defendant's costs.

                                                s/ John F. Martin
                                                Attorney for Defendant
                                                Meachum & Martin
                                                110 N. Vermilion
                                                Danville, IL  61832
                                                Telephone:  (217)442-1390
                                                Fax:  (217)442-2042
                                                E-mail:  jfmartin2@aol.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 21, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Jamie Bas, George Ripplinger.

                                                s/ John F. Martin
                                                Attorney for Defendant
                                                Meachum & Martin
                                                110 N. Vermilion
                                                Danville, IL  61832
                                                Telephone:  (217)442-1390
                                                Fax:  (217)442-2042
                                                E-mail:  jfmartin2@aol.com