E-FILED
Wednesday, 22 February, 2006   03:49:16 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MANUEL ALVAREZ, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 04-2162 |
| | ) |
| OFFICER TROY WASSON, badge number 347, | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S RENEWED OBJECTIONS TO DEFENDANT'S MOTION FOR COSTS

Plaintiff, Manuel Alvarez, brings the following renewed objections to Defendant, Troy Wasson's, Motion for Costs:

1.   Plaintiff renews his objections for costs that were previously filed on January 17, 2006. This Court's Order on December 14, 2005 plainly stated that each party was to bear their own costs.

WHEREFORE, Plaintiff, Manuel Alvarez, prays that Defendant's Motion for Costs be denied.

                                                **s/ Jamie L. Bas**
                                                Jamie L. Bas Bar Number: 6277169
                                                Attorney for Plaintiff
                                                RIPPLINGER & ZIMMER, LLC
                                                2215 W. Main Street
                                                Belleville, IL 62226-6692
                                                (618) 234-2440
                                                FAX:  (618) 234-6728
                                                jamie@ripplingerlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 22[th] day of February, 2006, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

John F. Martin
Meachum & Martin
110 N. Vermilion
Danville, IL 61832

                                          **s/ Jamie L. Bas**
                                          Jamie L. Bas Bar Number: 6277169
                                          Attorney for Plaintiff
                                          RIPPLINGER & ZIMMER, LLC
                                          2215 W. Main Street
                                          Belleville, IL 62226-6692
                                          (618) 234-2440
                                          FAX: (618) 234-6728
                                          jamie@ripplingerlaw.com