E-FILED
 Monday, 03 April, 2006 03:31:51 PM
 Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**NOTICE OF ISSUANCE OF MANDATE**

DATE:    March 29, 2006

TO:      John M. Waters
         United States District Court
         Central District of Illinois
         Suite 218
         201 S. Vine Street
         U.S. Courthouse
         Urbana, IL  61802-3369

FROM:    Gino J. Agnello, Clerk

RE:      05-4419
         Alvarez, Manuel Sr. v. Wasson, Officer T.
         04 C 2162, Harold A. Baker, Judge

**FILED**
APR 03 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any.  A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[X] No record filed
[ ] Original record on appeal consisting of:

**ENCLOSED:**                                          **TO BE RETURNED AT LATER DATE:**
  [ ]    Volumes of pleadings                          [ ]
  [ ]    Volumes of loose pleadings                    [ ]
  [ ]    Volumes of transcripts                        [ ]
  [ ]    Volumes of exhibits                           [ ]
  [ ]    Volumes of depositions                        [ ]
  [ ]    In Camera material                            [ ]
  [ ]    Other_____          [ ]

         Record being retained for use                 [ ]
         in Appeal No. _____

         Copies of this notice sent to:        Counsel of record
         [ ]     United States Marshal
         [ ]     United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice.  Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

         Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____    _____
(1071-120397)                              Deputy Clerk, U.S. District Court

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 7, 2006

*Before*

**Hon. DANIEL A. MANION,** *Circuit Judge*

**Hon. ILANA DIAMOND ROVNER,** *Circuit Judge*

**Hon. ANN CLAIRE WILLIAMS,** *Circuit Judge*

| | |
|---|---|
| MANUEL ALVAREZ, SR.,<br>    Plaintiff-Appellee,<br><br>No. 05-4419        v.<br><br>OFFICER T. WASSON,<br>    Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 04 C 2162<br>]<br>] Harold A. Baker,<br>]    Judge. |

    Upon consideration of the **MOTION TO DISMISS**, filed on February 24, 2006, by counsel for the appellant,

    **IT IS ORDERED** that the motion is **GRANTED**. This appeal is **DISMISSED** as moot.

*CERTIFIED COPY*