E-FILED
Wednesday, 23 May, 2007 04:26:00 PM
Clerk, U.S. District Court, ILCD



## United States District Court
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

May 23, 2007

George R. Ripplinger or
Jamie L. Bas
GEORGE RIPPLINGER & ASSOC.
2215 W Main St.
Belleville, IL 62226

John F. Martin
MEACHUM & MARTIN
110 N Vermilion
Danville, IL 61832

RE: ALVAREZ V CITY OF DANVILLE ET AL
CASE NO. 04-2162

Dear Counsel of Record:

The Clerk of the U. S. District Court has in its possession **plaintiff's exhibits 2, 3, 4, 5, 9, 10, 13, 14, 15, 17, 18, 19, 20, 21, 28, 29,** and **defendants exhibits 1, 2, 3, 4, 5, 6.**

If you wish to have any of these documents returned to you, please notify the Clerk within ten (10) working days, by **June 7, 2007**. If the Clerk has not heard from you by that deadline, the documents will be shredded by the Clerk.

Sincerely,

s/John M. Waters
JOHN M. WATERS, CLERK
U. S. DISTRICT COURT

JMW/vlb