# Ripplinger & Zimmer, LLC
## LAWYERS

201 S. West Main Street
Belleville, Illinois 62226-6692
618-234-2440
Fax: 618-234-6728

George R. Ripplinger
Patricia A. Zimmer
Jamie L. Bas

http://il-mo-legal-malpractice-lawyers.com/
george@ripplingerlaw.com
pat@ripplingerlaw.com
jamie@ripplingerlaw.com

May 24, 2007



USDC Central District of Illinois
201 S. Vine Street
Urbana IL 61802

Re: Activity in Case 2:04-cv-02162-HAB-DGB Alvarez v. City of Danville et al

Dear Clerk:

Please be advised that we are requesting that you return Plaintiff's Exhibits, 2, 3, 4, 5, 9, 10, 13, 14, 15, 17, 18, 19, 20, 21, 28, 29 to our office at your earliest convenience.

Very truly yours,

Jamie L. Bas

JLB/aki

PRACTICE LIMITED TO:
INJURY AND DEATH CASES; LEGAL, MEDICAL AND OTHER PROFESSIONAL MALPRACTICE CASES AND TRIALS