**E-FILED**
Monday, 04 June, 2007  12:31:24 PM
Clerk, U.S. District Court, ILCD



# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

### OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

| | | |
|---|---|---|
| **MANUEL ALVAREZ, SR.** | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 04-2162 |
| | ) | |
| **CITY OF DANVILLE, et al.** | ) | |
| Defendant. | ) | |

**FILED**

JUN ~ 4 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

### RECEIPT

RECEIVED Plaintiff's Exhibits #2, 3, 4, 5, 9, 10, 13, 14, 15, 17, 18, 19, 20, 21, 28 and 29 from Clerk, U.S. District Court in Urbana, Illinois.

Date: 5/31/07

By: *Jamie L. Bax*

Ripplinger & Zimmer, LLC
2215 West Main Street
Belleville, IL  62226-6692

# Ripplinger & Zimmer, LLC
## LAWYERS

2215 West Main Street
Belleville, Illinois 62226-6692
618-234-2440
Fax: 618-234-6728

George R. Ripplinger
Patricia A. Zimmer
Jamie L. Bas

http://il-mo-legal-malpractice-lawyers.com/
george@ripplingerlaw.com
pat@ripplingerlaw.com
jamie@ripplingerlaw.com

May 31, 2007

United States District Court
Office of the Clerk
218 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

Dear Mr. Waters:

Here is the original signed receipt for Plaintiff's Exhibits #2, 3, 4, 5, 9, 10,

13, 14, 15, 17, 18, 19, 20, 21, 28 and 29 from your office, case no. 04-2162.

Very truly yours,

Jamie L. Bas

Jamie L. Bas

Enclosure